Adam M. Cohen (AMC-9918)
Gillian Overland (GO -7300)
Kane Kessler, P.C.
Attorneys for Defendant
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| BABY BEAN PRODUCTIONS LLC, : | |
|     Plaintiff, : | 07-CV-3616 (MGC) |
| v. : | **FED. R. CIV. P. 7.1** |
| DC SHOES INC., : | **STATEMENT** |
|     Defendant. : | |

------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant DC Shoes Inc. state that Defendant DC Shoes Inc. is a wholly owned subsidiary of Quiksilver, Inc., a publicly held and traded corporation organized under the laws of the State of Delaware.

Dated: New York, New York
       June 7, 2007

                                      KANE KESSLER, P.C.

                                      By: _____
                                           Adam M. Cohen (AMC-9918)
                                           Gillian Overland (GO -7300)
                                      Attorneys for Defendant DC Shoes Inc.
                                      1350 Avenue of the Americas
                                      New York, New York 10019
                                      (212) 541-6222

#269763.1

TO: Jeffrey Sonnabend
**SONNABEND LAW**
600 Prospect Avenue
Brooklyn, NY 11215-6012
(718) 832-8810

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

      I, **NELLYA DYM**, being duly sworn, say: I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

      On June 7, 2007, I served the within:

1. **NOTICE OF MOTION;**

2. **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE SECOND COUNT OF THE FIRST AMENDED COMPLAINT, with EXHIBITS; and**

3. **RULE 7.1 DISCLOSURE STATEMENT.**

by sending a true copy hereof by *Federal Express* under the exclusive care and custody of federal express mail addressed to the following:

Jeffrey Sonnabend
**SONNABEND LAW**
600 Prospect Avenue
Brooklyn, NY 11215-6012

_____
Nellya Dym

Sworn to before me this
7th day of June, 2007

_____
Notary Public

SUSAN KAPLAN
Notary Public, State of New York
No. 01KA5008179
Qualified in Kings County
Commission Expires February 15, 20 _11_