UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                               :

BABY BEAN PRODUCTIONS LLC,          :   Civil Action No. 07-CV-3616 (MGC)

                                  Plaintiff,    :   <u>NOTICE OF MOTION</u>

                        v.                        :

DC SHOES INC.,                                :

                                  Defendant.  :
------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law dated June 7, 2007, and upon all prior proceedings heretofore had herein, the defendant DC Shoes Inc. shall move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Miriam Goldman Cedarbaum, at 500 Pearl Street, Courtroom 14A, New York, New York 10007, on July 5, 2007 at 9:30 a.m., for an order dismissing the Second Count of plaintiff's First Amended Complaint dated May 9, 2007 for failure to state a claim upon which relief may be granted.

#269563.1

      Answering papers, if any, shall be served so as to be received by the undersigned counsel no later than noon on June 27, 2007.

Dated:    New York, New York
            June 7, 2007

                                                KANE KESSLER, P.C.

                                                By: _____
                                                  Adam M. Cohen (AMC-9918)
                                                  Gillian Overland (GO -7300)
                                         Attorneys for Defendant DC Shoes Inc.
                                         1350 Avenue of the Americas
                                         New York, New York 10019
                                         (212) 541-6222

TO:    Jeffrey Sonnabend
         Sonnabend Law
         600 Prospect Avenue
         Brooklyn, NY 11215-6012
         (718) 832-8810

                    This document has been filed electronically.

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

I, **NELLYA DYM**, being duly sworn, say: I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

On June 7, 2007, I served the within:

1. **NOTICE OF MOTION;**

2. **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE SECOND COUNT OF THE FIRST AMENDED COMPLAINT, with EXHIBITS; and**

3. **RULE 7.1 DISCLOSURE STATEMENT.**

by sending a true copy hereof by *Federal Express* under the exclusive care and custody of federal express mail addressed to the following:

Jeffrey Sonnabend
**SONNABEND LAW**
600 Prospect Avenue
Brooklyn, NY 11215-6012

_____
Nellya Dym

Sworn to before me this
7th day of June, 2007

_____
Notary Public

SUSAN KAPLAN
Notary Public, State of New York
No. 01KA5008179
Qualified in Kings County
Commission Expires February 15, 20__