UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Baby Bean Productions LLC,

    Plaintiff,                                                           07-CV-3616 (MGC)

          v.

                                                                         NOTICE OF PARTIAL
DC Shoes Inc.,                                          VOLUNTARY DISMISSAL
                                                                           PURSUANT TO RULE 41(a)(1)

    Defendant.
------------------------------------------------------------x


    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses without prejudice the second count of the complaint (for deceptive trade practices), from the present action.

                                                                Respectfully submitted,
                                                                Baby Bean Productions LLC
                                                                by its attorney,

                                                                _____
                                                                Jeffrey Sonnabend (JS1243)
                                                                SonnabendLaw
                                                                600 Prospect Avenue
                                                                Brooklyn, NY 11215-6012
                                                                718-832-8810
                                                                JSonnabend@SonnabendLaw.com

                                                                Dated: June 21, 2007