UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Baby Bean Productions LLC,

    Plaintiff,

        v.

DC Shoes Inc.,

    Defendant.

-------------------------------------------------------x

07-CV-3616 (MGC)

NOTICE OF PARTIAL
VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1)

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses without

prejudice the second count of the complaint (for deceptive trade practices), from the present

action.

Respectfully submitted,
Baby Bean Productions LLC
by its attorney,

Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

Dated: June 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-27-07

So ordered,
June 25, 2007

S/

United States District Judge