UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
Baby Bean Productions LLC,

        Plaintiff,                              ANSWER TO COUNTERCLAIM

                v.                              07-CV-3616 (MGC)

DC Shoes Inc.,

        Defendant.
------------------------------------------------------------x
```

Plaintiff, through its undersigned attorney, answers Defendant's counterclaim as follows:

1. Upon information and belief, Plaintiff admits the allegations of paragraph 31.

2. Plaintiff admits the allegations of paragraph 32.

3. Plaintiff admits the allegations of paragraph 33.

4. Plaintiff admits the nature of the counterclaim as alleged in paragraph 34 but denies that the cause of action has merit.

5. Plaintiff admits that it brought the present action in part under Section 43(a) of the Lanham Act, as alleged in paragraph 35.

6. Plaintiff denies the allegations of paragraph 36.

7. Plaintiff denies the allegations of paragraph 37.

8. Plaintiff denies the allegations of paragraph 38.

9. Plaintiff denies the allegations of paragraph 39.

10. Plaintiff admits that an actual controversy has arisen and exists between the parties to the present action, as alleged in paragraph 40.

        Respectfully submitted,
        Baby Bean Productions LLC
        by its attorney,

        _____
        Jeffrey Sonnabend (JS1243)
        SonnabendLaw
        600 Prospect Avenue
        Brooklyn, NY 11215-6012
        718-832-8810
        JSonnabend@SonnabendLaw.com

        Dated: July 23, 2007