UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
Baby Bean Productions LLC,

    Plaintiff,                                 CASE MANAGEMENT PLAN

           v.                               07-CV-3616 (MGC)

DC Shoes Inc.,

    Defendant.
----------------------------------------------------------x

      The following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

    Joinder of additional parties by: November 5, 2007

    Amend the pleadings by: November 5, 2007

    All motions directed to the pleadings other than summary judgment by: October 19, 2007

    Notice of intent to submit survey evidence by: October 26, 2007. A party receiving such notice from the other party shall have ten days or until October 26, 2007, whichever is later, to notify the first party that it intends to submit survey evidence.

    Discovery:

        1. All fact discovery to be completed by: December 26, 2007

        2. All expert depositions to be completed by: February 10, 2008.

    Expert disclosure and expert reports (for party with burden) served by: January 8, 2008.

    Expert disclosure and expert reports (for responding party) served by: January 29, 2008.

Motions for summary judgment filed by March 1, 2008, opposing papers March 22, 2008, and reply papers April 5, 2008. (Defendant's proposal)

Joint Pre-Trial Order to be submitted by: February 28, 2008 (Plaintiff's proposal) May 3, 2008 (Defendant's proposal)

Final Pre-Trial Conference: March 18, 2008 (Plaintiff's proposal) May 18, 2008 (Defendant's proposal)

Trial: April 1, 2008 (Plaintiff's proposal) June 1, 2008 (Defendant's proposal)

SO ORDERED.

Dated: New York, New York

_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge

The parties hereby submit the foregoing proposed Case Management Plan and request the entry thereof.

Plaintiff Baby Bean Productions LLC
by its attorney,

_____
Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

Dated:  July 25, 2007


Defendant DC Shoes, Inc.
by its attorneys,

/S/ Adam M. Cohen

_____
Adam M. Cohen (AMC-9918)
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019
(212-541-6222)

Dated:  July 25, 2007