# EXHIBIT A

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Civil Action No. 07-CV-3616 (MGC)
     ---------------------------------x
 3   BABY BEAN PRODUCTIONS LLC,

 4                     Plaintiff,

 5        -against-

 6   DC SHOES, INC.,

 7                     Defendant.
     ---------------------------------x
 8                          February 6, 2008

 9                          12:05 p.m.

10

11

12      Deposition of DANNY PARKS, taken by

13   Defendant, pursuant to notice, at the offices of

14   Kane Kessler, P.C, 1350 Avenue of the Americas,

15   New York, New York, before SUZANNE PASTOR, a

16   Shorthand Reporter and Notary Public within and

17   for the State of New York.

18

19

20            ROSENBERG AND ASSOCIATES

21      Certified Court Reporters & Videographers

22                575 Madison Avenue

23              New York, New York 10022

24      Phone: (212) 868-1936   Fax: (212) 868-1967

25           www.rosenbergandassociates.com
```

```
                                                              9
1       Danny Parks - February 6, 2008
2       A.   I would think, yes.
3       Q.   Who is the KoNY event owned by?
4       A.   Baby Bean and Luis Perez.
5       Q.   So the event is owned by Baby Bean
6    and Luis Perez jointly?
7       A.   Correct.
8       Q.   And did there come a point in time
9    where you formed a partnership with respect to
10   the KoNY event?
11      A.   Yes.
12      Q.   And when did that happen?
13      A.   In approximately August of 2005.
14      Q.   You're sure of the date.
15      A.   Mm-hmm.
16      Q.   What were the circumstances under
17   which this partnership was formed?
18      A.   I asked him, I'm starting a company
19   and I want to get involved in the event, I want
20   to partner up with you. And I asked his
21   permission.
22      Q.   So at that point your goal was to
23   change the nature of your involvement in the
24   event from what it was to something different.
25      A.   To something different, yes.
```

**Page 10**

Danny Parks - February 6, 2008

Q. And who is Luis Perez?
A. He's a really good friend of mine. I've known him for quite a while.
Q. How long?
A. I'm trying to think how old I am now. Over 20 years I believe.
Q. And what was Luis's involvement with the KoNY event in August of '05?
A. He was the existing owner of the event I guess. He started it and, yes, he was the owner of the event.
Q. Why do you say that, he was the owner of the event?
A. Well, because he didn't -- he sort of had a sport organizer. Someone who helped him do the coordination, some of the -- well, some of the coordination of the event.
Q. So why did you say he was the owner of the event?
 MR. SONNABEND: I Object.
A. Because he started it. It was his event.
Q. Okay, that's your definition of an owner of the event. Someone who started it?

**Page 11**

Danny Parks - February 6, 2008

 MR. SONNABEND: I object.
A. Someone who started it, yes, someone who started it and runs it.
Q. Where is the conducted?
A. It has been conducted in the past at Mullally Park.
Q. Every year it's been at Mullally?
A. Correct.
Q. Was there an event in 2005?
A. I don't believe there was. There was a year that they skipped. I'm not sure which one it was.
Q. Now, you formed this partnership in August 2005 with Luis Perez, is that correct?
A. Mm-hmm.
Q. What was the nature of the partnership?
A. That it was -- I don't quite understand your question.
Q. What is the purpose of the partnership?
A. What's -- I mean, what's the purpose of a partnership? To run things together.

**Page 12**

Danny Parks - February 6, 2008

Q. I think you already described that the partnership owned the event after that point in time.
A. Correct.
Q. Prior to that time, meaning August 2005, did Danny Parks have any ownership interest in the event?
A. No.
Q. But as a result of this partnership, did you individually take with Luis Perez an ownership interest in the event?
A. Baby Bean Productions, yes, I did. And me meaning Baby Bean Productions?
Q. Well, we're talking about August 2005, right?
A. Right.
Q. Didn't you already tell us that Baby Bean was created in January of '06?
A. Correct. So -- well, we started discussing it in August of '05. And I told him that we were going to -- the reason that I started it was when I was going to start my company. And I knew it wasn't started then. It was going to be for next year in 2006. So --

**Page 13**

Danny Parks - February 6, 2008

repeat your question because I'm not quite following you.
Q. I'll ask another question. When the partnership -- you already told us that the partnership was formed in August of 2005, correct?
A. That's when we started discussing it.
Q. That's when you started discussing it. So when was the partnership actually formed?
A. I mean, I guess -- can you form -- I'm just not quite sure if you can form a partnership -- yes, August 2005. August 2005.
Q. So in August 2005 Baby Bean did not legally exist, correct?
A. Correct.
Q. So who were the original partners in the partnership?
A. I guess myself and Luis.
Q. So you individually and Luis.
 MR. SONNABEND: I object. He just answered that, Adam.
A. Yes.

**Page 14**

Danny Parks - February 6, 2008

2  Q. Now, at some point in time did Baby
3  Bean Productions become a partner in this
4  partnership?
5  A. Well, the whole intent -- I guess
6  technically, yes. But the whole intent was when
7  we formed the partnership that is when I told
8  him I was going to start my company. And so
9  even though, yeah, I wasn't legally Baby Bean --
10 I mean --
11 Q. I think what we've already
12 established is when the partnership was formed,
13 august 2005, the original partners were yourself
14 and Luis Perez, is that correct?
15 A. If you want to look at it that way.
16 Q. At some point in time thereafter,
17 Baby Bean Productions was formed.
18 A. Correct.
19 Q. And did Baby Bean Productions
20 become a partner in this partnership at some
21 point in time?
22     MR. SONNABEND: I object. He
23 already answered that to the best of his ability
24 I believe.
25 A. To me it's semantics. It's -- Baby

**Page 15**

Danny Parks - February 6, 2008

2  Bean Productions is me. Whether it's legal or
3  not, I am Baby Bean Productions.
4  Q. And did you individually transfer
5  your partnership interest in this partnership to
6  Baby Bean Productions at any point in time?
7  A. I don't know how to answer that.
8  Like I said, Baby Bean Productions is me. There
9  was no transferring or needing to transfer or
10 anything like that.
11 Q. So there's no difference between
12 you and Baby Bean Productions.
13     MR. SONNABEND: I object to that
14 question.
15     You don't have to answer if you
16 don't have an answer to that.
17 A. I don't have an answer to that.
18 It's semantics to me.
19 Q. Semantics.
20 A. I mean, legally, I guess there is,
21 but if you ask me or Luis.
22 Q. Was Luis a New York City Parks
23 Department employee at any time?
24 A. Yes, he was.
25 Q. At what point in time?

**Page 16**

Danny Parks - February 6, 2008

2  A. I believe from 1993 I believe until
3  either 2000 or 2001.
4  Q. What was his job at New York City
5  Parks Department?
6  A. A recreation specialist I believe.
7  Q. Did he work at Mullally?
8  A. Yes, he did.
9  Q. When he first created the event,
10 was he a New York City employee?
11 A. I don't know. You'll have to ask
12 him that question because he was a seasonal
13 employee. So I don't know when he created it in
14 his mind. When the event was first thrown? Is
15 that what you're referring to?
16 Q. In 1995 when the event was first
17 created, was he working as a New York City Parks
18 employee?
19 A. I believe in June of 1995 when the
20 event happened, I believe he was a New York City
21 Parks employee.
22 Q. You say he was a seasonal
23 employees. Which seasons did he work in, do you
24 know?
25 A. Summer season.

**Page 17**

Danny Parks - February 6, 2008

2  Q. And I think you said he remained an
3  employee of the New York City Parks Department
4  in 2000-2001?
5  A. Somewhere around there, yes.
6  Q. At some point in time did you enter
7  into at written agreement regarding this
8  partnership?
9  A. With Luis Perez?
10 Q. Yes.
11 A. Yes.
12 Q. When was that?
13 A. April of '07 or '06. April of
14 '07 -- no. April. I can't remember the year.
15 Q. April, you don't remember the year.
16 A. No.
17 Q. Either '06 or '07?
18 A. Yes.
19 Q. And why did you enter into this
20 written partnership agreement at that point in
21 time?
22 A. It needed to be on paper.
23 Q. But at that point the partnership
24 had been operating for a year or two, depending
25 on when you formed it, with no piece of paper,

**Page 18**

Danny Parks - February 6, 2008

1 correct?
2 A. Correct.
3 Q. Was there a particular reason why you decided it had to be on paper at that point in time?
4 A. Yes.
5 Q. What was that?
6 A. For the DC Shoes King of New York issue.
7 Q. What do you mean by that?
8 A. Meaning something needed to be written down on paper to show that we had a partnership. We didn't need anything written, Luis and I.
9 Q. Because you felt that was necessary for the purposes of this lawsuit.
10 A. Correct.
11 Q. And who told you that? And I don't want to know what your counsel may have told you. I'm not interested in that. But if anyone other than your counsel told you that that was necessary --
12 A. No.
13 Q. Did you come to that determination

**Page 19**

Danny Parks - February 6, 2008

on your own?
A. With some advice.
Q. So this partnership agreement was signed at some point in time in April of '06 or April of '07, correct?
A. It was April of '07, I'm pretty sure.
Q. Do you remember the issues that was discussed in this partnership agreement?
A. Between whom?
Q. In the document. What were the issues that were addressed?
   MR. SONNABEND: I object to the question.
A. The issues that were addressed were those of forming of a partnership.
Q. Which are?
   MR. SONNABEND: I object to the question. The document says what the document says. Why don't you put it in front of him.
A. Yeah. It says in the document.
Q. I will. But I'm entitled to know what your current recollection of the document is. I'll put it in front of you when I'm ready.

**Page 20**

Danny Parks - February 6, 2008

A. It's a partnership agreement. It says that we're partners in the event.
Q. Anything else?
   MR. SONNABEND: I object. What's the purpose of this? Just to harass him?
   MR. COHEN: I want to know what his current recollection is of the document.
Q. If you don't have any, you can tell me.
A. It's a partnership agreement. It says we're partners in the event. It says we're co-owners of the event.
Q. There's a lot of different things that a partnership agreement can say. I'm asking you what your understanding of what your partnership agreement says.
A. And I'm telling you.
Q. Tell me.
A. I just did.
   MR. COHEN: Read it back, please.
   (The preceding answer was read.)
A. I don't know it verbatim.
Q. I don't expect you to know it verbatim.

**Page 21**

Danny Parks - February 6, 2008

Any other issues you think are addressed in this partnership agreement other than that you're partners and co-owners?
A. There's five paragraphs, four or five paragraphs. So yes, there probably are.
Q. Who drafted that document?
A. I did.
Q. You did.
A. I did.
Q. Were you being assisted by counsel at that time?
A. No.
Q. And who are the parties to that document? Who signed it?
A. Myself and Luis Perez.
Q. And did you sign on behalf of yourself or on behalf of Baby Bean?
A. On behalf of Baby Bean.
Q. Let's take a look at it.
   (Defendant's Exhibit 1 for identification, Partnership Agreement, document bearing Bates production number P 000002.)
Q. I'll ask you to take a look at what's been marked as Defendant's Exhibit 1.

```
                                              22
 1         Danny Parks - February 6, 2008
 2     A.   Okay.
 3     Q.   Do you recognize that document as
 4  the partnership agreement we've been discussing?
 5     A.   I do.
 6     Q.   And is that your signature at the
 7  bottom?
 8     A.   Yes, it is.
 9     Q.   Now, this document is dated
10  April 12th, 2007, correct?
11     A.   Correct.
12     Q.   Did you sign this document on or
13  about April 12th, 2007?
14     A.   Yes.
15     Q.   Do you see the fax line at the top
16  of the document of this copy?
17     A.   Mm-hmm.
18     Q.   Do you recognize that fax number
19  there?
20     A.   No.
21     Q.   There's a date next to the fax
22  number, July 16th, '07. Do you see that?
23     A.   Mm-hmm.
24     Q.   Are you certain that you signed the
25  document on April -- on or about April 12th,
```

```
                                              23
 1         Danny Parks - February 6, 2008
 2  2007?
 3     A.   Yes.
 4     Q.   How can you be sure of that?
 5     A.   Because it's dated April 12th. I
 6  remember writing that.
 7     Q.   That's your handwriting in the
 8  date?
 9     A.   Yes.
10     Q.   Now, did you understand this
11  document at the time you put your signature to
12  it?
13     A.   Yes.
14     Q.   You were the originator of this
15  document. You created this document.
16     A.   Yes, right.
17     Q.   Now, this document talks about
18  event property. Do you see that word appearing
19  in the document?
20     A.   Yes.
21     Q.   What does "event property" mean?
22     A.   It means the -- to me what does it
23  mean?
24     Q.   What does it mean -- you wrote this
25  document. What does it mean in the context of
```