UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
Baby Bean Productions LLC,

    Plaintiff,

    v.

DC Shoes Inc. and Quiksilver, Inc.,

    Defendants.
-----------------------------------------------------------x

07-CV-3616 (MGC)

STIPULATED JOINDER OF PLAINTIFFS

### Recitals

a.    **WHEREAS**, Defendants believe that Mr. Danny Parks, Mr. Louis Perez, and the partnership of Mr. Parks and Mr. Perez must be joined as plaintiffs as necessary and indispensable parties; and

b.    **WHEREAS**, While Plaintiff believes it is the proper and only necessary plaintiff, Plaintiff has no objection to joining Mr. Parks, Mr. Perez, and the partnership of Mr. Parks and Mr. Perez as plaintiffs.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

1.    The Second Amended Complaint filed in this Action shall be deemed amended to join as party plaintiffs pursuant to Fed. R. Civ. P. 19(a) and/or 20(a) Danny Parks and Louis Perez in their individual capacities and the partnership comprised of Danny Parks and Louis Perez.

2. The caption of the Second Amended Complaint shall be deemed amended to read as follows:

---------------------------------------------------------x
Baby Bean Productions LLC, Danny Parks,
Louis Perez, and the partnership comprised of
Danny Parks and Louis Perez,

    Plaintiffs,

    v.

DC Shoes Inc. and Quiksilver, Inc.,

    Defendants.
---------------------------------------------------------x

07-CV-3616 (MGC)

SECOND AMENDED COMPLAINT

3. Danny Parks, Louis Perez and the partnership comprised of Danny Parks and Louis Perez agree to be joined as plaintiffs.

4. Plaintiffs and Defendants reserve and expressly do not waive any and all rights, remedies and defenses against all parties and with respect to the Second Amended Complaint.

-remainder of page left intentionally blank-

**AGREED TO** as of this  29  day of May 2008.

| | |
|---|---|
| Plaintiff Baby Bean Productions LLC by its attorney, | Defendants DC Shoes, Inc. and Quiksilver, Inc. by their attorneys, |
| *[signature]* | *[signature]* |
| Jeffrey Sonnabend (JS1243)<br>SonnabendLaw<br>600 Prospect Avenue<br>Brooklyn, NY 11215-6012<br>718-832-8810<br>JSonnabend@SonnabendLaw.com | Kane Kessler, P.C.<br>Adam M. Cohen (AMC-9918)<br>Lauren Dayton (LMD-9291)<br>1350 Avenue of the Americas<br>New York, NY 10019<br>212-519-5146<br>acohen@kanekessler.com |
| Dated: 5/29/2008 | Dated: |
| Dated: New York, New York | SO ORDERED.<br><br>_____<br>MIRIAM GOLDMAN CEDARBAUM<br>United States District Judge |