Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | | |
|---|---|---|
| BABY BEAN PRODUCTIONS LLC, | : | |
| | : | 07-CV-3616 (MGC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **DEFENDANT** |
| | : | **QUIKSILVER, INC.'S** |
| DC SHOES INC. and QUIKSILVER, INC. | : | **FED. R. CIV. P.** |
| | : | **7.1 STATEMENT** |
| Defendants. | : | |

------------------------------------------------------x

Pursuant to the Federal Rules of Civil Procedure Rule 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Quiksilver, Inc. state that Quiksilver, Inc. is a publicly held and traded corporation organized under the laws of the State of Delaware, with no parent company or any publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
June 12, 2008

KANE KESSLER, P.C.

By: _/s/ Lauren Dayton_
Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD -9291)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
*Attorneys for Defendants DC Shoes Inc. and Quiksilver, Inc.*

TO:   Jeffrey Sonnabend
      **SONNABEND LAW**
      600 Prospect Avenue
      Brooklyn, NY 11215-6012
      (718) 832-8810