# EXHIBIT C(3)

 

| | |
|---|---|
| **$14.99** | DC Shoe Mens Long Sleeve Shirt Black M Medium NEW |
| **$49.99** | DC Shoes "Character" Leather Skate Shoes, Black 7.5 |
| **$49.99** | DC Shoes "Character" Leather Skate Shoes, Black 8 |
| **$49.99** | DC Shoes "Character" Leather Skate Shoes, Black 9 |

SEE MORE LIKE THIS

**News:** Support The Tara Llanes Road to Recovery Fund by Bidding on Cycling Memorabilia today through May 9th!

HOME   TEAM   SNOW   SKATE   SURF   BMX

PHOTOS  VIDEOS  BLOGS  **NEWS**  DISCUSSIONS

## Go211 - Skateboard News

ALL | TEAM | EVENTS | SNOWBOARD | SURF | BMX | **SKATEBOARD** | MX | GENERAL | PRESS

### Companies Battle Over King of New York Skate Contest

Thu Mar 06 2008 14:00:00

**The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he h to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better a year.** In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great spons( of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitatic

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own eve DC Shoes suggested that the "King of New York" event was its own creation!

Now, **Lou** and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which what? Which event is that great event that **Lou Perez** started way back when? When this happens, everyone loses, most important! put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby be we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder **Ken Block** and skateboarder **Damon Way** as footwear industry out different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be eas} you just want to express what you think, let us know at dcbullshit@hotmail.com. Spread the truth. If you want to call DC Shoes or Q ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver.



### Comments

Posted on: May 13, 2008 11:55 AM



That's so terrible and sneaky. Lot's of support from me, and keep riding.

**Dayna**



**baby bean**

**Posted on:** Mar 7, 2008 10:22 PM
The Truth about DC Shoes and the King of New York The annual King of New York event was founded in the Bronx t Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou a running the show, the event has gotten better and better, year after year. In addition to the amazing athletes and enth heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass eve baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We tho be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation. So it hit us like a ton of that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Sho "King of New York" event was its own creation! Now, Lou and I are all about live and let live, and we considered lettin there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with ever to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat of New York event since 1995. So baby bean asked DC Shoes to recognize our rights to the "King of New York" ever the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of a law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating g Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would r expensive team of lawyers than do the right thing. It's sad that a company like DC Shoes, started by snowboarder Ke Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes t pockets give it the right to roll right over the little guy. baby bean is going to do its best to make sure the King of New it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yours Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening. Danny Parks baby b

## Add Comment

You must be logged in to add comment.