# EXHIBIT C(5)

Wednesday March 12, 2008



Main menu

Latest articles Believe it or not BMX Bizznizz BMX Freestyle BMX Racing Comic 'n Art FAT Friday FAT-'zines Mailing list Pin*up Profiler Rad vs Lame Reviews Scene reports University of BMX

Event schedule Links Contact FATBMX Newsfeed

FATBMX movies:


Levis bmx
Pro Team Remix


GT Bicycles
Gate Practice

 

Media partners



Who's Online
**50 user(s) are online (48 user(s) are browsing News)**

Members: 0
Guests: 50

more...
FAT mailing list
**Subscribe to the FAT mailing list!**
you@mail.net 

Advanced Options

Believe it or not : Stealing is not good. DC takes KONY name?

http://www.fatbmx.com/modules/news/article.php?storyid=4170                                3/12/2008

FAT BMX Magazine - Stealing is not good. DC takes KONY name? - Believe it or not - News    Page 2 of 4

Case 1:07-cv-03616-MGC    Document 21-8    Filed 07/01/2008    Page 3 of 5

Posted by Bart on 2008/3/6 7:11:22 (474 reads)
**The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.** In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!



Now, **Lou** and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that **Lou Perez** started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder **Ken Block** and skateboarder **Damon Way** as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver.

Thanks for listening.

*Danny Parks*
*baby bean productions*
Previous article - Next article



Other articles

2008/3/12 11:50:00 - Bruno Hoffmann birthday jam movie

http://www.fatbmx.com/modules/news/article.php?storyid=4170                                    3/12/2008

2008/3/12 11:41:31 - The Dream comes true. By Krishy
2008/3/12 11:10:00 - Uni Düsseldorf R.I.P. The end of this legendary spot? By RobLaRock
2008/3/11 22:29:01 - Ondra Slez video. Who? Ondra Slez. Just watch it!
2008/3/11 19:47:03 - ---2hip BIKES NEWS---
2008/3/11 19:36:06 - Revolcon video
2008/3/11 18:50:00 - Animal Steve Hamilton Plastic pedals in interesting colors
2008/3/11 4:50:00 - Wings for Life charity Auction supported by Red Bull and their athletes
2008/3/11 1:00:00 - From the Todd Lyons Diaries: March 1996 - The Miracle Boy & Wildman Roughing It
2008/3/11 0:40:00 - Queensland duo lay claim to an Olympic berth.
2008/3/11 0:20:00 - Rookie Jam now with E.T:-Class
2008/3/11 0:00:00 - Stayin' busy with Rick Thorne
2008/3/10 19:54:55 - FBM news. Changed dates, new T-shirts, new frames, new web vids, what else is new?
2008/3/10 18:20:00 - ZWANZIG ZOLL ROADSTAR VIDEO, BERLIN, GERMANY.
2008/3/10 17:00:00 - Amateur and PRO results Toronto BMX Jam

Sponsors





Upcoming events
Mar 15, 2008 - Local Support Dirt Challenge, Abflughall...
Mar 22, 2008 - Moora Cup 2008, Amsterdam, Nederland
Mar 29, 2008 - MINI FAT JAM 2008
Apr 5, 2008 - Rookie Jam 2008
Apr 6, 2008 - KOG Round1
Apr 11, 2008 - Bike Show BCN '08, Barcelona, Spain
Apr 11, 2008 - UCI Supercross World Cup – Adelaide Aust...
Apr 19, 2008 - EC Round 9+10 – Echichens, Switzerland
Apr 20, 2008 - T-Mobile Extreme Playgrounds Dirt Sessio...
Apr 24, 2008 - X-Games Brasil
Apr 30, 2008 - FISE 2008
May 1, 2008 - EC Round 11+12 – Weiterstadt Germany
May 1, 2008 - Highway to Hill
May 10, 2008 - UCI Supercross World Cup - Copenhagen De...
May 11, 2008 - STREETJAMDEVENTER, Deventer, Netherlands

* Add event

**FATBMX.COM IS A FAT BMX PROMOTIONS PRODUCTION - © 1999- 2008. WEBDESIGN & PROGRAMMING © FOUR05 Internet & Multimedia. CONCEPT & DESIGN ARE © DEAMER**