# EXHIBIT C(8)

## We all like some Goods Lovin'



PRO SHOP

GOODS BMX

It all began in 2005, as the loveably huggable Shad Johnson and man of many projects Rich Hirsch saw a need both within the Portland scene for a shop and in the Northwest for a reliable mail order company.

Check it out. This is just one of the many super good things in the new Ride. Check it out **here**. Hell a Goods rider even graces the cover. Yeah Karl!

**Read on.**

posted by pdxbmx @ **6:46 PM** **0 comments** 

**3.06.2008**

## Fuck DC Shoes, B!!!



Where do I start? Terrible sneaker styles, a BMX team yet you don't allow bikes in your skateparks, terrible raping of BMX culture just to cash in on out heritage and history? I could go on for days about why I hate DC Shoe Company. Below is another reason to hate them, check it out and make up your own mind.-ben

*The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.*

*In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.*

*So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!*

*Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.*

*So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.*

*It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.*

*baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.*

*Danny Parks*

*baby bean productions*

**Read on.**
posted by pdxbmx @ **12:25 PM** **4 comments** 

**3.03.2008**

**Eddie Coastal Video Ad...**



Head over to the **Lotek** site to check out the latest video ad with Eddie for his Coastal Shoe due out in the next few months. Props to **Foyer** for the hot spot they have going and letting the crew use for the ad. Stop by **Rich's blog** on **Defgrip** to check out their store.

**Read on.**
posted by pdxbmx @ **5:32 PM** **0 comments** 

**3.02.2008**

**Vince Interview...**



Looks like Bruce did an interview with Vince for a website called **Dagger BMX**. Go **here** to check that out and go **here** for the Spanish translator I think you will need to view the interview. There are at least some really good pics of Vince to scope if you give up on trying to translate everything.-ben

**Read on.**
posted by pdxbmx @ **5:18 PM** **1 comments** 

4 Comments



**vincenwc said...**

DC is wack

3/06/2008 6:56 PM

---

**anonymous said...**

isn't DC a fagboard oops I mean skateboard company ?

need I say anymore ?

3/07/2008 10:25 AM

---

**anonymous said...**

im going to punk anyone who wheres dc cause quicksilver is lame

3/17/2008 2:31 PM

---

**max said...**

yeah, fuck dc shoes.
and fuck mosh digital brake pads for messing up my rims.

4/24/2008 4:16 PM

---

## Leave your comment

You can use some HTML tags, such as <b>, <i>, <a>

### Choose an identity

- Google/Blogger
  - USERNAME
  - PASSWORD

No Google Account? Sign up here.
You can also use your Blogger account.

- OpenID
- Name/URL
- Anonymous