# EXHIBIT A
## PART 2

# EXHIBIT A

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 3 of 19
Case 1:07-cv-03616-MGC   Document 21-2   Filed 07/01/2008   Page 2 of 4
Case 1:07-cv-03616-MGC   Document 18    Filed 06/02/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
Baby Bean Productions LLC,

    Plaintiff,

    v.

DC Shoes Inc. and Quiksilver, Inc.,

    Defendants.
-----------------------------------------x

07-CV-3616 (MGC)

STIPULATED JOINDER OF PLAINTIFFS

### Recitals

    a.    **WHEREAS**, Defendants believe that Mr. Danny Parks, Mr. Louis Perez, and the partnership of Mr. Parks and Mr. Perez must be joined as plaintiffs as necessary and indispensable parties; and

    b.    **WHEREAS**, While Plaintiff believes it is the proper and only necessary plaintiff, Plaintiff has no objection to joining Mr. Parks, Mr. Perez, and the partnership of Mr. Parks and Mr. Perez as plaintiffs.

    **NOW, THEREFORE**, the parties stipulate and agree as follows:

    1.    The Second Amended Complaint filed in this Action shall be deemed amended to join as party plaintiffs pursuant to Fed. R. Civ. P. 19(a) and/or 20(a) Danny Parks and Louis Perez in their individual capacities and the partnership comprised of Danny Parks and Louis Perez.

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 4 of 19
Case 1:07-cv-03616-MGC   Document 21-2   Filed 07/01/2008   Page 3 of 4
Case 1:07-cv-03616-MGC   Document 18   Filed 06/02/2008   Page 2 of 3

2. The caption of the Second Amended Complaint shall be deemed amended to read as follows:

---------------------------------------------x
Baby Bean Productions LLC, Danny Parks,
Louis Perez, and the partnership comprised of        07-CV-3616 (MGC)
Danny Parks and Louis Perez,
                                                     SECOND AMENDED
    Plaintiffs,                                      COMPLAINT

    v.

DC Shoes Inc. and Quiksilver, Inc.,

    Defendants.
---------------------------------------------x

3. Danny Parks, Louis Perez and the partnership comprised of Danny Parks and Louis Perez agree to be joined as plaintiffs.

4. Plaintiffs and Defendants reserve and expressly do not waive any and all rights, remedies and defenses against all parties and with respect to the Second Amended Complaint.

-remainder of page left intentionally blank-

2

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 5 of 19
Case 1:07-cv-03616-MGC   Document 21-2   Filed 07/01/2008   Page 4 of 4
Case 1:07-cv-03616-MGC   Document 18   Filed 06/02/2008   Page 3 of 3

**AGREED TO** as of this 29 day of May 2008.

| | |
|---|---|
| Plaintiff Baby Bean Productions LLC<br>by its attorney, | Defendants DC Shoes, Inc. and Quiksilver, Inc. by their attorneys, |
| *[signature]* | *[signature]* |
| Jeffrey Sonnabend (JS1243)<br>SonnabendLaw<br>600 Prospect Avenue<br>Brooklyn, NY 11215-6012<br>718-832-8810<br>JSonnabend@SonnabendLaw.com | Kane Kessler, P.C.<br>Adam M. Cohen (AMC-9918)<br>Lauren Dayton (LMD-9291)<br>1350 Avenue of the Americas<br>New York, NY 10019<br>212-519-5146<br>acohen@kanekessler.com |
| Dated: 5/29/2008 | Dated: |
| Dated: New York, New York | SO ORDERED.<br><br>_____<br>MIRIAM GOLDMAN CEDARBAUM<br>United States District Judge |

3

# EXHIBIT B

>From: <danny@dannyparks.com>
>To: <danny@dannyparks.com>
>Date: March 05, 2008 11:17:42 PM EST
>Subject: The Truth about DC Shoes and the King of New York
>
>The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.
>
>
>
>In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.
>
>
>
>So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!
>
>
>
>Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.
>
>
>
>So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes - now part of Quicksilver, Inc., a company with over two billion dollars in annual sales - decided that it would rather hide behind an expensive team of lawyers than do the right thing.
>
>
>
>It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.
>
>
>
>

3/11/2008

>baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.
>
>Danny Parks
>
>baby bean productions
>

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**

This email and any documents attached hereto are legally privileged and may contain confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

3/11/2008

# EXHIBIT C(1)

Case 1:07-cv-03616-MGC  Document 23-3  Filed 08/06/2008  Page 10 of 19
Stokedlife: DC king of New York                                   Page 1 of 3
            Case 1:07-cv-03616-MGC  Document 21-4  Filed 07/01/2008  Page 2 of 4



(STOKED) INFORMAL EXCITE OR

| → | home | archive | people | submit |

INSIDE

02 OTTOBRE 2006

DC KING OF NEW YORK



check the Website!!!

author: **Webba** ı permalink ı

SECRET S

CERCA NEL

CATEGOR II

Brands
Contest
Events
MTB
Surf
Video
Website
Windsurf

LINKS

**friends**
Bullet Kiteboard
Che Travaju!
Visualounge.cor
Valter Scotto

COMMENTI

scritto da **Danny Parks** il *11 marzo 2008, 04:07* » link al commento

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New

LAST

Articoli recenti

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 11 of 19
Stokedlife: DC king of New York                                                 Page 2 of 3
Case 1:07-cv-03616-MGC   Document 21-4   Filed 07/01/2008   Page 3 of 4

York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.

Danny Parks
baby bean productions

---

scritto da **Gio stif** il *21 marzo 2008, 19:31* » link al commento

Hi Danny, I read all your comment, very complicated situation I think, if you plan new event this year please send us flyers and description so we can publish, a pleasure.. and sorry for my poor english!!!

See you Danny

Gio
Stokedlife

---

SEMAFORO VEF
Lista DEFINITIV
RIP CURL PRO I
Windsurf Maste
Dynamite Surfir
On Line Il Mini (
Day One - Appr
Billabong Pro M
Webba destinat
DC king of New

**RECENT CO**

Gio stif (DC kin
Danny Parks (D
Ghirù (On Line
Jobaz inda Web
Webba (Billabo
Webba (Webba
Giova (Trip #1
Little Gio (Trip
Gio' (Trip #1 Sa
mattia (Trip #1

**Puberty Pics**
Puberty Pics. Fir
TeenGrowth.Kidica

**King Of Fighter**
Huge selection o
Yahoo.com

**King of Prussia**
8,000 sq ft of cor
online!
DoubletreePlymou

**King of Prussia**
Neighborhood re
www.realtyinstitute

V V

http://stokedlife.com/inside/dc-king-of-new-york/                          4/29/2008

Case 1:07-cv-03616-MGC    Document 23-3    Filed 08/06/2008    Page 12 of 19
Page 3 of 3
Stokedlife: DC king of New York
Case 1:07-cv-03616-MGC    Document 21-4    Filed 07/01/2008    Page 4 of 4

**LASCIA UN COMMENTO**

Nome:

E-mail:

Sito Web:

Commento:

☑ Ricordami

# EXHIBIT C(2)

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 14 of 19
Did DC Shoes Steal the King of New York? < sublimited skateboard blog > skateboardin... Page 1 of 3
Case 1:07-cv-03616-MGC   Document 21-5   Filed 07/01/2008   Page 2 of 4



# sublimited
SKATEBOARDING & NOTHING ELSE

about / archives / links / co

## Did DC Shoes Steal the King of New York?
posted March 07, 2008 under **skateboard industry news**

This is only one side of a story that, up until today, I had heard nothing about. It may or may not be factual, but below is posted the text of an email I received from one Danny Parks, who claims that DC Shoes ripped off the name "King of New York" from an event that one Lou Perez started back in 1995 and which has been run every year. Imagine if DC Shoes suddenly came out with an event called "Tampa AM" but it wasn't held at the Skatepark of Tampa, it was held somewhere else in Tampa, at some skatepark DC Shoes built, and the event actually had no relation to the Tampa AM we all know and love. You'd get confused, right? And of course the Skatepark of Tampa would be a bit miffed, right? Well, that's what Danny claims is going on here. If it's true, then it stinks.

**DC Skate Shoes**
Shop for DC Shoes - The Technical Skate Shoe w/ Cutting Edge & Style!

**Skate Spot**
New skateboarding forum Trick tips, videos, and more!

Ads by Google

**search**

**categories**

dvd / video reviews

get sponsored

miscellaneous

music

photography

product reviews

skate shoes

skate spots

skateboard business

skateboard culture

skateboard industry r

skateboard parks

skateboard trick tips

skateboarding in the

starting a skateshop

utah skateboarding

The Truth about DC Shoes and the King of New York

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick— event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York"_ name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York"_ event name and not to use the name "King of New York"_ for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes—now part of Quicksilver, Inc., a company with over two billion dollars in annual sales—decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.

Danny Parks
baby bean productions

## comments

mike on April 22, 2008 08:23 AM

This is an absolute disgrace whta DC did, but youre right its just another example of "Big Fish-Little Fish".
On an aside, Im currently working with Gordy Winchester on this Onslawt project. I was hoping you'd be interested in joining the team and us ultimately becoming a sponsor in even bigger events. People will have no idea that your name is linked to Onslawt, you cna help us build the brand, and ultimately my friend BE the bigger fish. Trust us, this will be huge!
Let me know your thoughts.
Look forward to speaking with you.

**Post a comment**

Name: [          ]
Email Address: [          ]
Website: [          ]
Remember Me?  ○ Yes  ● No
Comments:
*(images must be formatted to 507px wide or less)*

Note: All comments are reviewed by a human being prior to being published to filter out sailor language, uninteresting comments, and spam.

Ads by Google

**Skate shoes adid**
200,000+ Shoes.
Visually. Find adid
Like.com/adio_shoes

**Woly Board Com**
Newest Board Sh
Skate and Wake (
Sunglasses - Sho
www.wolyboardcompai

**Fallen Skate Sho**
Find more source:
for Fallen Skate S
www.webcrawler.com

**Skate Parks**
Find Skate Parks
You With The We
Search Engine!
Local.com

**Video Share for I**
Upload action spc
for free. Forums a
groups.
www.RidersTV.com

Web Design Blog
My Web Design Com
Bad Billboards
Utah Web Design
Utah Search Engine (
Eating Disorder Treat
Sales Channel Devel
Pain Pump Lawsuit
Utah PEO
Certificate Lifecycle M
SEO Firms
Boston Web Design F
Utah SEO Firms
California Web Desig
Open-Source Educati
The SEO Consultants
Utah Web Developme
Utah Internet Marketi
Utah Web Design Fir
Utah Advertising Age
Utah Firms
Find a Laundromat

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 16 of 19
Did DC Shoes Steal the King of New York? < sublimited skateboard blog > skateboardin...   Page 3 of 3
Case 1:07-cv-03616-MGC   Document 21-5   Filed 07/01/2008   Page 4 of 4

Copyright © 2007-200(
All rights reserved.

# EXHIBIT C(3)

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 18 of 19
Companies Battle Over King of New York Skate Contest: Skateboard News in Action Sp...   Page 1 of 2
Case 1:07-cv-03616-MGC   Document 21-6   Filed 07/01/2008   Page 2 of 3

 

$14.99 DC Shoe Mens Long Sleeve Shirt Black M Medium NEW
$49.99 DC Shoes "Character" Leather Skate Shoes, Black 7.5
$49.99 DC Shoes "Character" Leather Skate Shoes, Black 8
$49.99 DC Shoes "Character" Leather Skate Shoes, Black 9

SEE MORE LIKE THIS

**News:** Support The Tara Llanes Road to Recovery Fund by Bidding on Cycling Memorabilia today through May 9th!

HOME   TEAM   SNOW   SKATE   SURF   BMX
PHOTOS   VIDEOS   BLOGS   NEWS   DISCUSSIONS

## Go211 - Skateboard News

ALL | TEAM | EVENTS | SNOWBOARD | SURF | BMX | **SKATEBOARD** | MX | GENERAL | PRESS

### Companies Battle Over King of New York Skate Contest
Thu Mar 06 2008 14:00:00

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he h to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better a year. In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great spons of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitatic

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own eve DC Shoes suggested that the "King of New York" event was its own creation!

Now, **Lou** and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which what? Which event is that great event that **Lou Perez** started way back when? When this happens, everyone loses, most importantl put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby be we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder **Ken Block** and skateboarder **Damon Way** as footwear industry out different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be eas) you just want to express what you think, let us know at dcbullshit@hotmail.com. Spread the truth. If you want to call DC Shoes or Q ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver.

BOOKMARK

### Comments

Case 1:07-cv-03616-MGC   Document 23-3   Filed 08/06/2008   Page 19 of 19
Companies Battle Over King of New York Skate Contest: Skateboard News in Action Sp... Page 2 of 2
Case 1:07-cv-03616-MGC   Document 21-6   Filed 07/01/2008   Page 3 of 3



That's so terrible and sneaky. Lot's of support from me, and keep riding.

**Dayna**



**baby bean**

Posted on: Mar 7, 2008 10:22 PM
The Truth about DC Shoes and the King of New York The annual King of New York event was founded in the Bronx t Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou a running the show, the event has gotten better and better, year after year. In addition to the amazing athletes and enth heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass eve baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We tho be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation. So it hit us like a ton of that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Sho "King of New York" event was its own creation! Now, Lou and I are all about live and let live, and we considered lettin there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with ever to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat of New York event since 1995. So baby bean asked DC Shoes to recognize our rights to the "King of New York" ever the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of a law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating g Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would r expensive team of lawyers than do the right thing. It's sad that a company like DC Shoes, started by snowboarder Ke Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes 1 pockets give it the right to roll right over the little guy. baby bean is going to do its best to make sure the King of New it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yours Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening. Danny Parks baby b

## Add Comment

You must be logged in to add comment.

**ABOUT US | SITE MAP | GO211 MOBILE | RSS FEEDS | NEWS & PRESS | FAQ | PRIVACY POLICY | TERMS & CO**
Copyright 2008 GO211.com B2 (2)