# EXHIBIT A

## *PART 3*

# EXHIBIT C(4)



THE    RESPEPECT



📧 THE COME UP > BMX

■🔲 **DC RIP OFF??**

| User Name | User Name | ☐ Remember Me? |
|---|---|---|
| Password | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|



📝 Post Reply                                          Page 1 of 3  **1**  2  3  >  ▽

                                              Thread Tools ▽   Display Modes ▽

🔲 03-07-2008, 06:08 AM                                                    #1

Adam22 🔟

The Boss.

Join Date: Nov 2006
Posts: 4,031
■

📋 **DC RIP OFF??**

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves

in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.

Danny Parks
baby bean productions

---

**"People hate me. You think everybody like me? Hell naw! I'm America's fuckin' nightmare. I don't care who don't like it, because every one person that don't like, there's ten motherfuckers that love it."**



---

03-07-2008, 06:13 AM                                                                            #2

**muffinman** ■
DIED FOR YOUR SINS.



Join Date: Nov 2006
Posts: 807
■

🖹

---

oil.

---

www.myspace.com/muffinmanbikes

I'm from where adam22 got gay as fuck
jake and nard hit the corner it was dicks they sucked
scall , e-wip , spam , doug e fresh switched it up
muff do both who am i to fuck tradition up
So i filmed a clip in a tow-away zone
Chrome i dont care
that clip a throwaway homes
Welcome to the bakery
Where you welcome to problems

---

03-07-2008, 06:14 AM                                                                            #3

Join Date: Sep 2007
Location: nyc/north nj
Posts: 614

**jaycagney** ■



Gold user.

http://www.thecomeupboard.com/forum/...ad.php?t=13476

flickr

Quote

---

03-07-2008, 06:17 AM    #4



**jhrab** ■
More legit.

Join Date: Apr 2007
Location: Rockville, MD
Posts: 460

I read that yesterday. Pretty fucking shady.

**vclub**

**myspace**

**email**

Quote

---

03-07-2008, 06:42 AM    #5

Join Date: Jun 2007
Location: BRONX
Posts: 136



**Baby cut** ✓
watches Edwin pee.

fuck DC thats why i will never rock there shit

mad grinding...360ing stairs....

Quote

---

03-07-2008, 06:55 AM    #6

**crossroadsbmx** ■
Double platinum user.

Join Date: Nov 2006
Posts: 2,004

nike did something similar with a tour called "major threat" or some shit, i read about it in this punk magazine back when i was all into that stuff.

DCs also gone along and done a "king of barcalona" and "king of new york" which were featured in the last issue of the skateboard mag.

the rip off is obvious, but are they really the first people to use the term "king of new york"? doubtful.

http://www.teamcrossroadsbmx.com

http://www.flickr.com/photos/andrewbrady



---

03-07-2008, 10:50 AM                                                              #7

**prerunnerXJ** ■                                          Join Date: Mar 2008
Oil.                                                       Posts: 1
                                                           ■

ok. i work for quiksilver and have deep ties at corporate so hopefully i can help clarify this from quik's side. first of all, yes, quiksilver does own DC shoe co and aids in their funding. but what most people do not know is that DC acts as a separate, corporate, decision-making entity from quiksilver. the quik home office in california does not house any DC staff or warehouse space, DC's corporate operations and warehousing are both based in vista, CA. DC makes their own decisions independent of quiksilver, although quiksilver does have power of attorney to intervene in larger, more serious issues. this issue is considered serious, but DC made their own decisions and choices with regards to the king of new york contest name and the decision to take legal action.

yes, i'm playing the devil's advocate, but i feel like both sides of the story need to be heard. mainly, quiksilver, as a successful multi-national corporation (which, mind you, was started by 2 australian surfers sewing boardshorts out of their parents' garages), left the responsibility of decision making up to DC. DC's decisions are out of line for sure, but there's no need to rip on quik for being (indirectly) involved. DC is a corporate entity of their own, and would most likely have pursued the same course of action whether quik owned them or not.

but yeah, thats a low blow on DC's part. i agree on that for sure.



---

03-07-2008, 01:07 PM                                                              #8

**leather_rebel** ■                                         Join Date: Jan 2008
Oil.                                                        Posts: 4
                                                            ■

FUCK DC FAGGOTS,they dont have any plaace in the bmx ecene anymore THOSE GUYS SUCK BALLS BAD



---

■ 03-07-2008, 03:57 PM                                                                                    #9

**dominator96** ■                          Join Date: Jun 2007
Legit.                                      Location: north jersey
                                            Posts: 160
                                            ■
                                            🏃

---

Fuck DC
i just gave my radars away because of this



---

■ 03-07-2008, 04:03 PM                                                                                   #10

 **HELLDOGCF** ■       Join Date: Nov 2006
Gold user.                                  Location: Vancouver BC
                                            Posts: 525
                                            ■

---

I cant help buyin dc's theyre only 30-40 bucks in some stores. If loteks or some other bmx shoe were that cheap Ide buy them for sure.



---

■ 03-07-2008, 04:06 PM                                                                                   #11

 **WORM** ■            Join Date: May 2007
BRAND NAME DUDE.                            Location: REPPIN THE 845
                                            Posts: 452
                                            ■
                                            🏃🏃

---

FUCK DC. Thats bullshit.
Nobody show up at mullally this year.

_____
A shape with horns
And glowing eyes.
WORM'S still alive.

*Last edited by WORM : 03-07-2008 at 04:09 PM.*



---

■ 03-07-2008, 05:11 PM                                                                                   #12

                                            Join Date: Jan 2008
                                            Location: Hollywood, California



**theMeat** ■
Boil.

Posts: 83


📝 **edwin's response**

as all of you may know, we have a group of talented BMX athletes being sponsored by this company. how is this affecting them, those whose place of origin is New York? What does Edwin De La Rosa have to say about this dilemma?

## -theMeat

> 📝 Quote

---

03-07-2008, 05:45 PM | #13



**Adam22** 🔽
The Boss.

Join Date: Nov 2006
Posts: 4,031
■

📝

Quote:

> Originally Posted by **theMeat** ▸
> *as all of you may know, we have a group of talented BMX athletes being sponsored by this company. how is this affecting them, those whose place of origin is New York? What does Edwin De La Rosa have to say about this dilemma?*

Riding for DC is a job, I can pretty much gaurantee that nobody on DC really gives a shit.

**"People hate me. You think everybody like me? Hell naw! I'm America's fuckin' nightmare. I don't care who don't like it, because every one person that don't like, there's ten motherfuckers that love it."**

> 📝 Quote

---

03-07-2008, 05:47 PM | #14



**galwaysandman** ■
Cream.

Join Date: Jan 2008
Posts: 23
■

📝

HTML Code:

```
theMeat          as all of you may know, we have a group of talented BMX athletes
```

This is an interesting question, does any of the DC sponsored riders have a Q&A on the board? I wonder

if DC have inadvertently shot themselves in the foot in regards their New York sponsored riders such as Edwin? That might sound a bit over the top I know but I'm sure Edwin or the like would have something to say about this and I'm sure they'd rather stick up for fellow New Yorkers than a big corporate bastard.

"Stop it! No more thoughts of polar bears!"



---

□ 03-07-2008, 05:53 PM                                                                                    #15


**DBG765** ■
Platinum user.

Join Date: Jan 2007
Location: INDIANA
Posts: 1,358
■




Quote:

> Originally Posted by **prerunnerXJ** ▶
> ok. i work for quiksilver and have deep ties at corporate so hopefully i can help clarify this from quik's side. first of all, yes, **quiksilver** does own **DC shoe co** and **aids** in their funding. but what most people do not know is that DC acts as a separate, corporate, decision-making entity from quiksilver. the quik home office in california does not house any DC staff or warehouse space, DC's corporate operations and warehousing are both based in vista, CA. DC makes their own decisions independent of quiksilver, although quiksilver does have power of attorney to intervene in larger, more serious issues. this issue is considered serious, but DC made their own decisions and choices with regards to the king of new york contest name and the decision to take legal action.
>
> yes, i'm playing the devil's advocate, but i feel like both sides of the story need to be heard. mainly, quiksilver, as a successful multi-national corporation (which, mind you, was started by 2 australian surfers sewing boardshorts out of their parents' garages), left the responsibility of decision making up to DC. DC's decisions are out of line for sure, but there's no need to rip on quik for being (indirectly) involved. DC is a corporate entity of their own, and would most likely have pursued the same course of action whether quik owned them or not.
>
> but yeah, thats a low blow on DC's part. i agree on that for sure.

there you have it, quiksilver gave DC aids

Quote:

> Originally Posted by **Ryan Howard** ▶
> How are you gonna live in ohio and not be atleast borderline gay??

POB DRKN FLICKR! MYSPACE



---

□ 03-07-2008, 06:03 PM                                                                                    #16



**K-Ot1C** ■
Double platinum user.

Join Date: May 2007
Location: Somewhere in NY.
Posts: 2,071

---

Quote:

> Originally Posted by **Baby cut** ▶
> *fuck DC thats why i will never rock there shit*

TRUTH

**5277 21J56B**

 Quote

---

📧 03-07-2008, 07:30 PM                                                    #17

**babybean** ■
Oil.

Join Date: Mar 2008
Posts: 1
■

📧 **Thanks! re:King of New York**

What up fellas. First, I want to thank you guys on behalf of myself and Lou Perez for your support of the King of New York. We deeply appreciate it.

There are a couple things I did want to point out for clarity:

-The first person who ever really contacted us from the other side was an attorney from Quiksilver, who has a Quiksilver e-mail address and put both DC and Quik logos at the end of his e-mail. We dealt with him until they got an NYC law firm involved.

-Please don't boycott Mullaly. The Mullaly event is where we've had the King of New York since 1995. See, that's exactly part of why we're doing this, it's confusing to all.

Finally, we would welcome feedback, whether it be positive or negative, from Edwin and all DC BMX athletes (or skate, for that matter) about what DC has done and continues to do.

Thanks again everyone.
Danny Parks

 Quote

---

📧 03-07-2008, 07:35 PM                                                    #18

 **THE FUCKING BEST** ■
Triple platinum user.

Join Date: Feb 2007
Location: ZACHARY YANKUSH'S MOTHER'S PUSSY
Posts: 3,717
■

DC RIP OFF?? - THE COME UP

Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 11 of 22    Page 9 of 11
Case 1:07-cv-03616-MGC    Document 21-7    Filed 07/01/2008    Page 10 of 12

E

Quote:

> Originally Posted by **prerunnerXJ** ▶
> DC makes their own decisions independent of quiksilver, although **quiksilver does have power of attorney to intervene in larger, more serious issues.**

Quote:

> **this issue is considered serious,** but DC made their own decisions and choices with regards to the king of new york contest name and the decision to take legal action.

Quote:

> **DC's decisions are out of line for sure,**

Quote:

> but there's no need to rip on quik for being (indirectly) involved. DC is a corporate entity of their own, and would most likely have pursued the same course of action whether quik owned them or not.
>
> but yeah, thats a low blow on DC's part. i agree on that for sure.

see, here's my problem.

-Quik has power of attorney over DC for the purpose of dealing with serious issues.
-this issue is considered "serious" by your own admission. DC's actions are considered "out of line" by your own admission.

and yet...

"there's no need to rip on quik"

why the fuck not?

youhave admitted that this situation is "serious". issues like this are the reason for quiksilver having power of attorney, yet quiksilver is sticking their head in the sand and ignoring this...why? because quiksilver is only interested in the amount of money that DC makes them every quarter.

yeah, you make the bullshit speech about the "two kids in their parents' garage sewing swimsuits", trying to make it seem like your corporation is somehow "in tune with the average kid", get the fuck outta here. spare me your carefully contrived marketing, you don't fool me. quiksilver makes millions per year, same with DC.

what's the purpose of snaking the naming/branding rights of a (relatively speaking) tiny contest, except to a) be a real bunch of corporate dickheads, and b) to suck up and consolidate everything under your corporate umbrella?

nothing is being done by quiksilver for one reason: MONEY. DC makes some money off of this tiny contest, it all goes under the quiksilver umbrella....which conveniently bumps up shares of the

DC RIP OFF?? - THE COME UP
Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 12 of 22    Page 10 of 11
Case 1:07-cv-03616-MGC    Document 21-7    Filed 07/01/2008    Page 11 of 12

quiksilver corporation on the open market. put quite simply, QUIKSILVER CHOOSES TO DO NOTHING, BECAUSE THIS ACTION BY DC MAKES THEM MONEY AS WELL.

so yeah, spare me the line about the kids in the garage. if you still held that image so dear to your hearts over at quiksilver, then quiksilver would tell its subsidiary company DC to stop doing what its doing....but that won't happen because the two kids in the garage have turned into a couple of suit-wearing corporate douchebags who are more concerned with the bottom line of their stock price than helping to spread the joy of surfing/skateboarding/bmx.

**"We got to face some facts. That the masses are poor, that the masses belong to what you call the lower class, and when I talk about the masses, I'm talking about the white masses, I'm talking about the black masses, and the brown masses, and the yellow masses, too.**

**-Fred Hampton**
**Deputy Chairman, Black Panther Party**

*Last edited by THE FUCKING BEST : 03-07-2008 at 07:38 PM.*



---

03-07-2008, 08:41 PM                                                                      #19



**airNiKEtheAntiguanYUTE** ■
Shmoil.

Join Date: Dec 2007
Location: bronx, ny (troy,ny for skool)
Posts: 78



---

Quote:

Originally Posted by **Adam22** ▶
*Riding for DC is a job, I can pretty much gaurantee that nobody on DC really gives a shit.*

if riders sponsored by dc that come from ny and/or use to ride the king of new york event will turn their backs and not say nuthin to their sponsor (dc) about doin some grimey shit like that then you shud jus say fuck them too cuz thats like the equivalent to forgetin where the fuck u came from.... anyone agreee?

**street all day**

http://www.myspace.com/sonikethemiscellaneousone



---

03-07-2008, 08:52 PM                                                                      #20



**Inglewood!** ■
Shmoil.

Join Date: Feb 2008
Posts: 72

E.
_____

B simms, get on this!

Just because of this i will not be buying another pair of dc's, and myn will be replaced in a week.

 Quote

 Post Reply

Page 1 of 3  **1**  2  3  >  ▽

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **Off**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

All times are GMT. The time now is 07:42 PM.

**Contact Us - THE COME UP BMX - Archive - Top**

Powered by vBulletin Version 3.6.2
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

# EXHIBIT C(5)

Case 1:07-cv-03616-MGC     Document 23-4     Filed 08/06/2008     Page 15 of 22
FAT BMX Magazine - Stealing is not good. DC takes KONY name? - Believe it or not - News          Page 1 of 4
Case 1:07-cv-03616-MGC     Document 21-8     Filed 07/01/2008     Page 2 of 5

**Wednesday March 12, 2008**

Main menu

Latest articles Believe it or not BMX Bizznizz BMX Freestyle BMX Racing Comic 'n Art FAT Friday FAT-'zines Mailing list Pin*up Profiler Rad vs Lame Reviews Scene reports University of BMX

Event schedule Links Contact FATBMX Newsfeed RSS
FATBMX movies:





Levis bmx
Pro Team Remix

GT Bicycles
Gate Practice



Media partners



**Who's Online**
**50 user(s) are online (48 user(s) are browsing News)**

Members: 0
Guests: 50

more...
FAT mailing list
**Subscribe to the FAT mailing list!**

you@mail.net

Advanced Options

Believe it or not : Stealing is not good. DC takes KONY name?
http://www.fatbmx.com/modules/news/article.php?storyid=4170

3/12/2008

Posted by Bart on 2008/3/6 7:11:22 (474 reads)

**The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.** In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!



Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that **Lou Perez** started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder **Ken Block** and skateboarder **Damon Way** as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate **pockets** give it the right to roll right over the little guy.

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver.

**Thanks for listening.**

*Danny Parks*
*baby bean productions*
Previous article - Next article

Other articles

2008/3/12 11:50:00 - Bruno Hoffmann birthday jam movie

http://www.fatbmx.com/modules/news/article.php?storyid=4170                3/12/2008

Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 17 of 22
Case 1:07-cv-03616-MGC    Document 21-8    Filed 07/01/2008    Page 4 of 5

2008/3/12 11:41:31 - The Dream comes true. By Krishy
2008/3/12 11:10:00 - Uni Düsseldorf R.I.P. The end of this legendary spot? By RobLaRock
2008/3/11 22:29:01 - Ondra Slez video. Who? Ondra Slez. Just watch it!
2008/3/11 19:47:03 - ---2hip BIKES NEWS---
2008/3/11 19:36:06 - Revolcon video
2008/3/11 18:50:00 - Animal Steve Hamilton Plastic pedals in interesting colors
2008/3/11 4:50:00 - Wings for Life charity Auction supported by Red Bull and their athletes
2008/3/11 1:00:00 - From the Todd Lyons Diaries: March 1996 - The Miracle Boy & Wildman Roughing It
2008/3/11 0:40:00 - Queensland duo lay claim to an Olympic berth.
2008/3/11 0:20:00 - Rookie Jam now with E.T.-Class
2008/3/11 0:00:00 - Stayin' busy with Rick Thorne
2008/3/10 19:54:55 - FBM news. Changed dates, new T-shirts, new frames, new web vids, what else is new?
2008/3/10 18:20:00 - ZWANZIG ZOLL ROADSTAR VIDEO, BERLIN, GERMANY.
2008/3/10 17:00:00 - Amateur and PRO results Toronto BMX Jam

Sponsors



FAT BMX Magazine - Stealing is not good. DC takes KONY name? - Believe it or not - News

Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 18 of 22    Page 4 of 4

Case 1:07-cv-03616-MGC    Document 21-8    Filed 07/01/2008    Page 5 of 5



Upcoming events
Mar 15, 2008 - Local Support Dirt Challenge, Abflughall...
Mar 22, 2008 - Moora Cup 2008, Amsterdam, Nederland
Mar 29, 2008 - MINI FAT JAM 2008
Apr 5, 2008 - Rookie Jam 2008
Apr 6, 2008 - KOG Round1
Apr 11, 2008 - Bike Show BCN '08, Barcelona, Spain
Apr 11, 2008 - UCI Supercross World Cup – Adelaide Aust...
Apr 19, 2008 - EC Round 9+10 – Echichens, Switzerland
Apr 20, 2008 - T-Mobile Extreme Playgrounds Dirt Sessio...
Apr 24, 2008 - X-Games Brasil
Apr 30, 2008 - FISE 2008
May 1, 2008 - EC Round 11+12 – Weiterstadt Germany
May 1, 2008 - Highway to Hill
May 10, 2008 - UCI Supercross World Cup - Copenhagen De...
May 11, 2008 - STREETJAMDEVENTER, Deventer, Netherlands

* Add event

FATBMX.COM IS A FAT BMX PROMOTIONS PRODUCTION - © 1999-2008. WEBDESIGN &
PROGRAMMING © FOUR05 Internet & Multimedia. CONCEPT & DESIGN ARE © DEAMER

# EXHIBIT C(6)

Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 20 of 22    Page 1 of 3
Thrasher Skateboard Magazine - The Truth about DC Shoes and the King of New York
Case 1:07-cv-03616-MGC    Document 21-9    Filed 07/01/2008    Page 2 of 4



HOME   MESSAGEBOARD · SKATEBOARDING · SKATE & DESTROY · THE TRUTH ABOUT DC SHOES AND THE KING OF NEW YORK
Welcome, **Guest**. Please login or register. March 11, 2008, 08:02:33 AM

📧 Thrasher Message Board
⊢📁 **SKATEBOARDING**
│ ⊢📁 **SKATE & DESTROY** (Moderator: Sleazy)
│ │ ⊢📁 **The Truth about DC Shoes and the King of New York**

0 Members and 3 Guests are viewing this topic.

« previous next »

**Pages: [1]**

📖 **Author**          **Topic: The Truth about DC Shoes and the King of New York  (Read 43 times)**

**babybean**          📄  **The Truth about DC Shoes and the King of New York**
**Youngling**              « on: March 10, 2008, 06:45:39 PM »
☆

**Status 1**          The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until
🖥 **Offline**          he handed over the reigns to me at baby bean Productions in 2006.  With first Lou and now baby bean running the
                      show, the event has gotten better and better, year after year.

**Posts: 1**          In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great
                      sponsors helps elevate the King of New York to the kick-ass event that it is.  Not long ago, baby bean invited clothing
                      and sneaker giant DC Shoes to join the King of New York event family of sponsors.  We thought DC Shoes would be a
                      great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

[IGNORE]              So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for
                      its own event.  Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

                      Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide.  But there's a problem with
                      that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin
                      to confuse the two events.  Which event was which?  Who was sponsoring what?  Which event is that great event that
                      Lou Perez started way back when?  When this happens, everyone loses, most importantly all the people who have put
                      their blood and sweat into supporting the King of New York event since 1995.

                      So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name
                      "King of New York" for events in the future.  DC Shoes refused.  So we now find ourselves in the middle of an expensive
                      and stressful law suit against DC Shoes.  baby bean didn't want this fight, we would rather spend our time and
                      resources creating great events.  But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars
                      in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

                      It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear
                      industry outsiders, is really no different than any other big business.  Apparently, DC Shoes thinks deep corporate
                      pockets give it the right to roll right over the little guy.

Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 21 of 22    Page 2 of 3
Thrasher Skateboard Magazine - The Truth about DC Shoes and the King of New York
Case 1:07-cv-03616-MGC    Document 21-9    Filed 07/01/2008    Page 3 of 4

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.

Danny Parks
baby bean productions

 Logged

**bailgun**
**Grand Master**
★★★★★

Status 3
■ Offline

Posts: 552

**Re: The Truth about DC Shoes and the King of New York**
« Reply #1 on: March 10, 2008, 07:51:05 PM »

wow. amazing. one more reason DC will never see a penny of my hard-earned cash.
why do so many skateboard companies seem to keep fucking over skateboarding?

 Logged



IGNORE



**Coldis**
**Youngling**
☆

Status 0
■ Offline

Posts: 5

**Re: The Truth about DC Shoes and the King of New York**
« Reply #2 on: Today at 02:47:06 AM »

Dc fucking suck. Take em out!

IGNORE

 Logged

**GnarCiciSTic**
**Youngling**
☆

Status -3
■ Offline

**Re: The Truth about DC Shoes and the King of New York**
« Reply #3 on: Today at 03:04:01 AM »

sooooo...

mtv skate reality shows....

Case 1:07-cv-03616-MGC    Document 23-4    Filed 08/06/2008    Page 22 of 22
Thrasher Skateboard Magazine - The Truth about DC Shoes and the King of New York    Page 3 of 3
Case 1:07-cv-03616-MGC    Document 21-9    Filed 07/01/2008    Page 4 of 4

Posts: 43    skate companys taking advantage of skaters...

where do you see skating in 10 years?



IGNORE

●Logged

**Pages: [1]**

« previous next »

Jump to: => SKATE & DESTROY

Powered by SMF 1.1.4 | SMF © 2006-2007, Simple Machines LLC
Joomla Bridge by JoomlaHacks.com



HOME / STORE / VIDEOS / FEATURES / ONLINE MAG / MUSIC / EVENTS / SKATEPARKS / MESSAGEBOARD / LINKS / CONTACT

Copyright 2007 High Speed Productions, Inc. / Terms & Conditions