# EXHIBIT A

## *PART 4*

# EXHIBIT C(7)

5. Steven Moxley
6. Anthony Watkinson
7. John Rodgers
8. Garrett Reynolds
9. Chris Childs
10. Craig Mast
11. Will Love
12. Brad Gethard
13. Zak Earley
14. Hector Garcia
15. Jaimy Spreitzer
16. Garrett Reeves
17. Kevin Kaltenbach
18. Steve Byrnes
19. Brandon Christie
20. Brian Carter
21. Tony Malouf
22. Nathaniel Kiefer
23. Chijioke Okafo
24. Erik Ambrose
25. Charlie Bowers

**Am Final Results:**
1. Greg McMillan
2. Rich Redmond
3. Darcy Peters
4. David Fitzpatrick
5. Charlie Crumlish
6. Eric Favot
7. Pierre Gauthier
8. Ian Christison
9. Jeremy GAllant
10. Jared Smoke

**Girl's Class Final Results:**
1. Nina Buitrago
2. Rose Huston
3. Jessica Ausec
4. Angie Marino
5. Maude Lague

]]> http://www.actionsportspress.com/?feed=rss2&p=95 http://www.actionsportspress.com/?p=94
http://www.actionsportspress.com/?p=94#comments Thu, 06 Mar 2008 17:30:31 +0000 admin
http://www.actionsportspress.com/?p=94 I wouldn't want the Bronx to be pissed at me. The Bronx is a
serious place, full of serious people, and has been home to the "King of New York" BMX contest since
1995. I remember, I was there.

Last year I saw a flyer online for the DC King of New York, and remember thinking it was rad DC had
signed on as the title sponsor. That was, until the next day when I heard it was a completely different
contest.

Danny Parks, the current event organizer for the original King of New York BMX event sent out the following email to members of the industry yesterday explaining the situation. While only one side of the story, I can't argue with his position. After all, I was there in 1995.

++++++++++++++++++++++++

*The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.*

*In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.*

*So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!*

*Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.*

*So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes — now part of Quicksilver, Inc., a company with over two billion dollars in annual sales — decided that it would rather hide behind an expensive team of lawyers than do the right thing.*

*It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.*

*baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.*

*Danny Parks*
*baby bean productions*

]]> http://www.actionsportspress.com/?feed=rss2&p=94 http://www.actionsportspress.com/?p=93
http://www.actionsportspress.com/?p=93#comments Mon, 25 Feb 2008 22:30:57 +0000 admin
http://www.actionsportspress.com/?p=93 The eighth annual Bicycle Film Festival deadline for entries

has been extend to March 7, 2008.

<u>Check it out!</u>

]]> http://www.actionsportspress.com/?feed=rss2&p=93 http://www.actionsportspress.com/?p=92
http://www.actionsportspress.com/?p=92#comments Mon, 25 Feb 2008 22:21:07 +0000 admin
http://www.actionsportspress.com/?p=92 Enlightened, an action sports photo show in Toronto, Ontario
has posted a call for entries. If you're a photographer, you might want to check this one out.



]]> http://www.actionsportspress.com/?feed=rss2&p=92

# EXHIBIT C(8)

**We all like some Goods Lovin'**



Check it out. This is just one of the many super good things in the new Ride. Check it out here. Hell a Goods rider even graces the cover. Yeah Karl!

**Read on.**

posted by pdxbmx @ 6:46 PM                    0 comments

3.06.2008

**Fuck DC Shoes, BI!!**



Where do I start? Terrible sneaker styles, a BMX team yet you don't allow bikes in your skateparks, terrible raping of BMX culture just to cash in on out heritage and history? I could go on for days about why I hate DC Shoe Company. Below is another reason to hate them, check it out and make up your own mind.-ben

*The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.*

*In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.*

*So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!*

*Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.*

*So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.*

*It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.*

*baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.*

*Danny Parks*

*baby bean productions*

**Read on.**
posted by pdxbmx @ **12:25 PM**                    **4 comments** 

**3.03.2008**

**Eddie Coastal Video Ad...**



Head over to the **Lotek** site to check out the latest video ad with Eddie for his Coastal Shoe due out in the next few months. Props to **Foyer** for the hot spot they have going and letting the crew use for the ad. Stop by **Rich's blog** on **Defgrip** to check out their store.

**Read on.**

posted by pdxbmx @ **5:32 PM**                    0 comments 

**3.02.2008**

**Vince Interview...**



Looks like Bruce did an interview with Vince for a website called **Dagger BMX**. Go **here** to check that out and go **here** for the Spanish translator I think you will need to view the interview. There are at least some really good pics of Vince to scope if you give up on trying to translate everything.-ben

**Read on.**

posted by pdxbmx @ **5:18 PM**                    1 comments 

**4 Comments**                                    Jump to comment form   Close this window

👤 **vincenwc said...**

DC is wack

3/06/2008 6:56 PM

👤 **anonymous said...**

isn't DC a fagboard oops I mean skateboard company ?

need I say anymore ?

3/07/2008 10:25 AM

👤 **anonymous said...**

im going to punk anyone who wheres dc cause quicksilver is lame

3/17/2008 2:31 PM

👤 **max said...**

yeah, fuck dc shoes.
and fuck mosh digital brake pads for messing up my rims.

4/24/2008 4:16 PM

## Leave your comment

You can use some HTML tags, such as <b>, <i>, <a>

## Choose an identity

⦿ **Google/Blogger**

USERNAME _____

PASSWORD _____

No **Google** Account? Sign up here.
You can also use your **Blogger** account.

○ OpenID ✦ 🖊 Ⓦ 💼 ◉

○ Name/URL

○ Anonymous

# EXHIBIT C(9)




Home ▶ News ▶ Latest ▶ The Truth about DC Shoes and the King of New York

Home
News
Forum
Gallery
Links
Holla
Search
RSS

## The Truth about DC Shoes and the King of New York

Written by Iggy
Monday, 10 March 2008

*I think sucks when a big company like DC would steal from the little guys, when they have a whole creative team who could have came up with their own title for a comp. Next thing you some big company will try to steal the "Brooklyn Bike Riders" and use it for their own personal gains and goals...*

Now read this:

The annual **King of New York** event was founded in the Bronx by **Lou Perez** in **1995**. Lou ran the event every year until he handed over the reigns to me at **baby bean Productions** in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

**Ads by Google**
Shoe Repair
Online Bike
Bike Apparel
Bike Reviews

So it hit us like a ton of bricks when we learned that **DC Shoes had stolen the "King of New York" name and concept for its own event.** Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

**So baby bean asked DC Shoes** to recognize our rights to the "King of New York" event name and **not to use the name "King of New York"** for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

**It's sad that a company like DC Shoes,** started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, **DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.**

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com . Pass this e-mail along and spread the truth. **If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.**

**Danny Parks**
**baby bean productions**

< Prev          Next >

[ Back ]

© 2008 Brooklyn Bike Riders
Joomla! is Free Software released under the GNU/GPL License.

# EXHIBIT C(10)



Groove™
Effect

Mac and Adobe Creative Suite 3. Now shipping.
Start supercharging your creativity today.

Front Page      Features      W Style      M Style      Art & Music      Events      Gallery

search

# DC Shoes 'King of New York' Skate Competition

DC Shoes is sponsoring a skate competition in NYC called the 'King of New York'. The idea is five boroughs, one king. Basically they're holding five skate competitions, one each in The Bronx, Staten Island, Queens, Brooklyn, and Manhattan. At each one they choose a regional winner, then there's a final compeition at the world famous Brooklyn Banks in lower Manhattan. Even though it's located in Manhattan the Banks get their name from being at the foot of the Brooklyn Bridge.

**DC King of New York dates (specific locations on their site):**

9/16 - Staten Island
9/17 - The Bronx
9/23 - Queens
9/24 - Brooklyn
9/30 - Manhattan

Thanks to Cool Hunting for the find.



## Author

Sean | Co-Founder

## Comments     02

D Music | 12.30.07

I'm a producer, trying to start a skate/BMX team in Brooklyn. Holla at me.

09.15.06

DC Shoe
York' Sk

Comment

Newslet

enter e-mail

Get weekly upd
latest articles a



Feature

Read our latest
interviews, and

Read More

**Gallery**

Post and view p
parties, shows,

<u>Read More</u>

**baby bean | 03.07.08**

The Truth about DC Shoes and the King of New York

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the

right thing.

It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep
the little guy.



King of New York event stays where it's supposed to, but it's not
want to express what you think, let us know at
nd spread the truth. If you want to call DC Shoes or Quiksilver
-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for

**Introducing**
**THE LIFE INSURANCE SELECTOR**

CLICK to try it now

MetLife

**Email**
**Advertise with us**

**Please enter security code**

**Your Homepage (optional)**



LendingTree
WHEN BANKS COMPETE, YOU WIN



**Refinance Loan:**
$400,000 for $2,240/Month*
$300,000 for $1,680/Month*
$200,000 for $1,120/Month*
*Terms and conditions apply.

Advertise with us

Subscribe to replies? ☑

CONTRIBUTE | ADVERTISE | PRIVACY | CONTACT U

Copyright ©2002-2008 Grooveeffect

# EXHIBIT C(10)

Case 1:07-cv-03616



Mac and Adobe Creative Suite 3. Now shipping.
Start supercharging your creativity today.

Front Page    Features    W Style    M Style    Art & Music    Events    Gallery

search

# DC Shoes 'King of New York' Skate Competition

DC Shoes is sponsoring a skate competition in NYC called the '**King of New York**'. The idea is five boroughs, one king. Basically they're holding five skate competitions, one each in The Bronx, Staten Island, Queens, Brooklyn, and Manhattan. At each one they choose a regional winner, then there's a final compeition at the world famous Brooklyn Banks in lower Manhattan. Even though it's located in Manhattan the Banks get their name from being at the foot of the Brooklyn Bridge.



**DC King of New York dates (specific locations on their site):**

9/16 - Staten Island
9/17 - The Bronx
9/23 - Queens
9/24 - Brooklyn
9/30 - Manhattan

Thanks to **Cool Hunting** for the find.

# Author

**Sean** | Co-Founder

# Comments    02

**D Music** | 12.30.07

I'm a producer, trying to start a skate/BMX team in Brooklyn. Holla at me.

09.15.06

DC Shoe
York' Sk

Comment

# Newslet

enter e-mail

Get weekly upd
latest articles a



# Feature

Read our latest
interviews, and

**Read More**

**Gallery**

Post and view p
parties, shows,

**Read More**

baby bean | 03.07.08

The Truth about DC Shoes and the King of New York

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the

right thing.

It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep the little guy.



King of New York event stays where it's supposed to, but it's not want to express what you think, let us know at nd spread the truth. If you want to call DC Shoes or Quiksilver -599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for

**Email**
**Advertise with us**

Please enter security code

Your Homepage (optional)







Subscribe to replies? ☑

**CONTRIBUTE | ADVERTISE | PRIVACY | CONTACT U**

Copyright ©2002-2008 Grooveeffect

**Be the King of Your Castle**

**Refinance Loan:**
$400,000 for $2,240/Month*
$300,000 for $1,680/Month*
$200,000 for $1,120/Month*
*Terms and conditions apply.

Advertise with us

# EXHIBIT C(11)

the News...   the Team!   We Like   Video & Stuff   E-mail   Childstore

# Why boycott DC

Posted: 2008-03-07 08:57

**Latest in greed, rip off and company shadyness.. KHE anyone??**

The annual King of New York event was founded in the Bronx by Lou Perez in 1995. Lou ran the event every year until he handed over the reigns to me at baby bean Productions in 2006. With first Lou and now baby bean running the show, the event has gotten better and better, year after year.

In addition to the amazing athletes and enthusiastic crowds at the heart of the King of New York event, a team of great sponsors helps elevate the King of New York to the kick-ass event that it is. Not long ago, baby bean invited clothing and sneaker giant DC Shoes to join the King of New York event family of sponsors. We thought DC Shoes would be a great fit (no pun intended) but unfortunately, DC Shoes completely ignored our invitation.

So it hit us like a ton of bricks when we learned that DC Shoes had stolen the "King of New York" name and concept for its own event. Adding insult to injury, DC Shoes suggested that the "King of New York" event was its own creation!

Now, Lou and I are all about live and let live, and we considered letting DC Shoes slide. But there's a problem with that: if we didn't stop DC Shoes from using the name again, riders and skaters, along with everyone else, would begin to confuse the two events. Which event was which? Who was sponsoring what? Which event is that great event that Lou Perez started way back when? When this happens, everyone loses, most importantly all the people who have put their blood and sweat into supporting the King of New York event since 1995.

So baby bean asked DC Shoes to recognize our rights to the "King of New York" event name and not to use the name "King of New York" for events in the future. DC Shoes refused. So we now find ourselves in the middle of an expensive and stressful law suit against DC Shoes. baby bean didn't want this fight, we would rather spend our time and resources creating great events. But DC Shoes – now part of Quicksilver, Inc., a company with over two billion dollars in annual sales – decided that it would rather hide behind an expensive team of lawyers than do the right thing.

It's sad that a company like DC Shoes, started by snowboarder Ken Block and skateboarder Damon Way as footwear industry outsiders, is really no different than any other big business. Apparently, DC Shoes thinks deep corporate pockets give it the right to roll right over the little guy.

baby bean is going to do its best to make sure the King of New York event stays where it's supposed to, but it's not going to be easy. If you'd like to help, or if you just want to express what you think, let us know at dcbullshit@hotmail.com. Pass this e-mail along and spread the truth. If you want to call DC Shoes or Quiksilver yourself, go right ahead. Phone numbers are 760-599-2999 for DC and 714-889-2200 for Quiksilver. Thanks for listening.

Danny Parks
baby bean productions

**redaktörn**
2008-03-10 02:26
man skiter i det blå skåpet heter det ju för fan

**erik Lindgren**
2008-03-09 22:25
skit i alla garderober ni kan! You want the truth? You can´t handle the truth

**Anonyn nr. 2**
2008-03-08 21:51
Nu sket någon i garderoben

**redaktörn**
2008-03-08 13:13
hoppsan hoppsan

**Anonym @ flybikesbmx.com/index.php?lang=en&seccion=news**
2008-03-08 00:07
Det är ju ungefär som ett svenskt företag vid namn rite.se som försöker åka snålskjuts på andra.
Nu har dom tagit åt sig äran för Winterjam på Fly Bikes hemsida också.

http://flybikesbmx.com/index.php?lang=en&seccion=news

**redaktörn**
2008-03-07 20:11
>.
Njae snott en idé som en kille slitigt, fixat, testat men aldrig hade råd att ta patent (ca 100kakor) på och bara låtsas som ingenting.
Visserligen kunde de det utan en patent, men när ölburksheadset blir dissat överallt, ska de dessutom sno en grym idé. Rakt av typ.
Som tur var tog et annat företag och gjorde produkten i fråga och hjälpte killen istället, såg till så han fick både cred o cash. KHE hade inte ens fått det om de hade frågat om de kunde hjälpa till ioch för sig, men ändå.

2008-03-07 16:13
Vad har detta med KHE att göra?

**oscar. @ www.norrkopinghardcore.com**
2008-03-07 13:28
hoppas du inser att ingen vettig bakfull människa orkar läsa såhär mycke text.... o grattis jep förresten!

| Post comment | |
|---|---|
| Name | |
| E-mail | |
| Homepage | |
| Comment | |

In order to submit your comment you will have to type in the code below in the text field. The code may contain both letters and digits.

© tumultbmx.com website by Handbro