# EXHIBIT C

**From:** Jeffrey Sonnabend - SonnabendLaw [jsonnabend@sonnabendlaw.com]
**Sent:** Tuesday, June 24, 2008 11:28 AM
**To:** Cohen, Adam
**Subject:** Re: Baby Bean adv. DC Shoes

Adam -

I am still waiting to hear back from my clients. I will advise you as soon as I receive the signed papers.

- Jeff

Jeffrey Sonnabend
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215
Tel: 718-832-8810 Fax: 718-832-2767
JSonnabend@SonnabendLaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission may contain confidential information which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of any information in this transmission, or the taking of any action in reliance on the contents of this transmission, is strictly prohibited.

On 6/20/2008 9:50 AM, Cohen, Adam wrote:

> Jeff:
>
> Please let us know when you expect to file the revised stipulation signed by Danny Parks and Louis Perez adding the new party plaintiffs. Thank you.
>
> Adam
>
>
> Adam Cohen, Esq.
> Kane Kessler, P.C.
> 1350 Avenue of the Americas
> New York, New York 10019
> (212) 541-6222
> (212) 519-5146 (direct)
> (212) 245-3009 (fax)
> www.kanekessler.com
>
> This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error please immediately notify me at (212) 541-6222 and permanently delete the original copy, any copy of this e-mail, and any printout thereof.
>
> IRS Circular 230 disclosure:
> To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

8/4/2008

THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1938-1986)

DARREN S. BERGER*†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER

(212) 519-5180
ldayton@kanekessler.com

STEPHEN STEINBRECHER
SENIOR COUNSEL

PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO∞
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

GARY E. CONSTABLE†
LAUREN M.K. DAYTON
PIERRE E. DEBBAS
NIKI J. FRANZITTA
ARI M. GAMSS
BRENDAN P. McFEELY
ETHAN O. NOTKIN
GARY E. OSTROFF
TORAL PATEL
MICHAEL J. ROMER
GERARD SCHIANO-STRAIN
ADAM E. SCHWARTZ†
ALEXANDER SORIC
LOIS M. TRAUB
REGINA Y. USVJAT
JOSEPH J. VENTIMIGLIA
SARAH BAWANY YOUSUF
JONATHAN A. ZALKIN

ADMITTED ONLY IN OHIO∞

July 8, 2008

<u>Via E- MAIL</u>

Jeffrey Sonnabend, Esq.
Sonnabend Law
600 Prospect Avenue
Brooklyn, NY  11215-6012

      Re:  <u>Baby Bean Productions, et al. vs. DC Shoes, et ano.</u>

Dear Jeffrey:

      We would like to reschedule the depositions of your client Louis Perez and non-party witness Robert Ramos.  We suggest the following possible dates:  July 30 or 31, August 5, 6 or 7.  Please let me know as soon as possible which of these dates will work for you and the witnesses.

                               Very truly yours,

                               Lauren M. Dayton

cc:  Adam M. Cohen, Esq.

LMD/gn

293446.1

# SONNABEND LAW

**Jeffrey Sonnabend**
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215
718.832.8810
JSonnabend@SonnabendLaw.com

July 10, 2008

<u>Via Email</u>

Ms. Lauren M. Dayton
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

Re: Baby Bean Productions, LLC v. DC Shoes, Inc. 07-cv-03616

Dear Lauren:

I write in response to your letter of July 8. As you are no doubt aware, we have not yet answered the counterclaims, and Quicksilver has not yet provided its initial disclosure under Fed. R. Civ. P. 26.

With this in mind, we are willing to provide Mr. Perez as requested, subject to his availability. However, we will not produce Mr. Perez again for separate deposition by Quicksilver. If you wish to proceed as provided herein, please let me know and I will check with Mr. Perez regarding his availability.

Mr. Ramos is not a party to this action and I do not presently represent him, so I can not address your request in this regard.

Sincerely,

Jeffrey Sonnabend