# EXHIBIT E

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Civil Action No. 07-CV-3616 (MGC)
     ------------------------------------x
 3   BABY BEAN PRODUCTIONS LLC,

 4                        Plaintiff,

 5         -against-

 6   DC SHOES, INC.,

 7                        Defendant.
     ------------------------------------x
 8                        February 6, 2008

 9                        12:05 p.m.

10

11

12        Deposition of DANNY PARKS, taken by

13   Defendant, pursuant to notice, at the offices of

14   Kane Kessler, P.C, 1350 Avenue of the Americas,

15   New York, New York, before SUZANNE PASTOR, a

16   Shorthand Reporter and Notary Public within and

17   for the State of New York.

18

19

20              ROSENBERG AND ASSOCIATES

21        Certified Court Reporters & Videographers

22                  575 Madison Avenue

23                New York, New York 10022

24     Phone: (212) 868-1936   Fax: (212) 868-1967

25              www.rosenbergandassociates.com
```

**Page 6**

Danny Parks - February 6, 2008

2  A. Okay. Well, right now we're doing
3  an event, which is a tour, called the Scion and
4  Signal Snowboards Road Trip, which is a mobile
5  marketing tour. And so I would consider that
6  probably one event, but it's a mobile marketing
7  tour that lasts approximately two and a half to
8  three months long. So we manage that.
9  Q. Other events that you're involved
10 with?
11 A. The King of New York.
12 Q. What type of an event is the King
13 of New York event?
14 A. It's an action sports lifestyle
15 event.
16 Q. Any particular sport that's neat
17 toured?
18 A. BMX has been featured.
19 Q. What does BMX stand for?
20 A. Bicycle Motocross.
21 Q. When was the first time -- for
22 shorthand purposes during this deposition, I'm
23 going to call the King of New York event the
24 KoNY event. Is that okay with you?
25 A. Sure.

**Page 7**

Danny Parks - February 6, 2008

2  Q. When I say KoNY, K-O-N-Y.
3     Is the KoNY event an annual event?
4  A. It is.
5  Q. When was the first KoNY event that
6  Baby Bean was involved with?
7  A. Baby Bean as an entity was involved
8  with the first one in 2006.
9  Q. Do you remember what month the 2006
10 event was in?
11 A. July.
12 Q. Were you personally involved with
13 any KoNY events prior to that?
14 A. Yes.
15 Q. What was the first event that you
16 were personally involved with?
17 A. Probably -- the first one, in 1995.
18 Q. What was your involvement with the
19 1995 event?
20 A. I believe I was a sponsor of the
21 event. And I may have helped judge the event.
22 Q. What's the next KoNY event that you
23 were involved in?
24 A. Probably 1996. Probably 1996.
25 Q. How would you describe your current

**Page 8**

Danny Parks - February 6, 2008

2  involvement with the KoNY event?
3  A. Personally? Or my business?
4  Q. Your business. What's the current
5  involvement of Baby Bean in the KoNY event?
6  A. We manage the event. We organize
7  it, we manage it, coordinate everything involved
8  pretty much.
9  Q. So when was the first KoNY event
10 that you personally were involved in managing,
11 organizing and coordinating?
12 A. As I just stated -- you mean pretty
13 much everything there? 2006.
14 Q. And before 2006 you had involvement
15 with the KoNY event as a sponsor or as a judge
16 but not as an organizer or coordinator, is that
17 fair do say?
18 A. Not necessarily. I would help out
19 where needed. I mean, I would help organize
20 little things here and there. I don't recall
21 the exact -- it -- the exact nature. But I
22 would say more than just a judge and sponsor.
23 Q. Is an event owned by anybody?
24    MR. SONNABEND: I object.
25 Q. You can answer it.

**Page 9**

Danny Parks - February 6, 2008

2  A. I would think, yes.
3  Q. Who is the KoNY event owned by?
4  A. Baby Bean and Luis Perez.
5  Q. So the event is owned by Baby Bean
6  and Luis Perez jointly?
7  A. Correct.
8  Q. And did there come a point in time
9  where you formed a partnership with respect to
10 the KoNY event?
11 A. Yes.
12 Q. And when did that happen?
13 A. In approximately August of 2005.
14 Q. You're sure of the date.
15 A. Mm-hmm.
16 Q. What were the circumstances under
17 which this partnership was formed?
18 A. I asked him, I'm starting a company
19 and I want to get involved in the event, I want
20 to partner up with you. And I asked his
21 permission.
22 Q. So at that point your goal was to
23 change the nature of your involvement in the
24 event from what it was to something different.
25 A. To something different, yes.

**Page 10**

Danny Parks - February 6, 2008

Q. And who is Luis Perez?
A. He's a really good friend of mine. I've known him for quite a while.
Q. How long?
A. I'm trying to think how old I am now. Over 20 years I believe.
Q. And what was Luis's involvement with the KoNY event in August of '05?
A. He was the existing owner of the event I guess. He started it and, yes, he was the owner of the event.
Q. Why do you say that, he was the owner of the event?
A. Well, because he didn't -- he sort of had a sport organizer. Someone who helped him do the coordination, some of the -- well, some of the coordination of the event.
Q. So why did you say he was the owner of the event?
      MR. SONNABEND: I Object.
A. Because he started it. It was his event.
Q. Okay, that's your definition of an owner of the event. Someone who started it?

**Page 11**

Danny Parks - February 6, 2008

      MR. SONNABEND: I object.
A. Someone who started it, yes, someone who started it and runs it.
Q. Where is the conducted?
A. It has been conducted in the past at Mullally Park.
Q. Every year it's been at Mullally?
A. Correct.
Q. Was there an event in 2005?
A. I don't believe there was. There was a year that they skipped. I'm not sure which one it was.
Q. Now, you formed this partnership in August 2005 with Luis Perez, is that correct?
A. Mm-hmm.
Q. What was the nature of the partnership?
A. That it was -- I don't quite understand your question.
Q. What is the purpose of the partnership?
A. What's -- I mean, what's the purpose of a partnership? To run things together.

**Page 12**

Danny Parks - February 6, 2008

Q. I think you already described that the partnership owned the event after that point in time.
A. Correct.
Q. Prior to that time, meaning August 2005, did Danny Parks have any ownership interest in the event?
A. No.
Q. But as a result of this partnership, did you individually take with Luis Perez an ownership interest in the event?
A. Baby Bean Productions, yes, I did. And me meaning Baby Bean Productions?
Q. Well, we're talking about August 2005, right?
A. Right.
Q. Didn't you already tell us that Baby Bean was created in January of '06?
A. Correct. So -- well, we started discussing it in August of '05. And I told him that we were going to -- the reason that I started it was when I was going to start my company. And I knew it wasn't started then. It was going to be for next year in 2006. So --

**Page 13**

Danny Parks - February 6, 2008

repeat your question because I'm not quite following you.
Q. I'll ask another question. When the partnership -- you already told us that the partnership was formed in August of 2005, correct?
A. That's when we started discussing it.
Q. That's when you started discussing it. So when was the partnership actually formed?
A. I mean, I guess -- can you form -- I'm just not quite sure if you can form a partnership -- yes, August 2005. August 2005.
Q. So in August 2005 Baby Bean did not legally exist, correct?
A. Correct.
Q. So who were the original partners in the partnership?
A. I guess myself and Luis.
Q. So you individually and Luis.
      MR. SONNABEND: I object. He just answered that, Adam.
A. Yes.

**Page 14**

Danny Parks - February 6, 2008

2  Q.  Now, at some point in time did Baby
3  Bean Productions become a partner in this
4  partnership?
5  A.  Well, the whole intent -- I guess
6  technically, yes. But the whole intent was when
7  we formed the partnership that is when I told
8  him I was going to start my company. And so
9  even though, yeah, I wasn't legally Baby Bean --
10 I mean --
11 Q.  I think what we've already
12 established is when the partnership was formed,
13 august 2005, the original partners were yourself
14 and Luis Perez, is that correct?
15 A.  If you want to look at it that way.
16 Q.  At some point in time thereafter,
17 Baby Bean Productions was formed.
18 A.  Correct.
19 Q.  And did Baby Bean Productions
20 become a partner in this partnership at some
21 point in time?
22       MR. SONNABEND: I object. He
23 already answered that to the best of his ability
24 I believe.
25 A.  To me it's semantics. It's -- Baby

**Page 15**

Danny Parks - February 6, 2008

2  Bean Productions is me. Whether it's legal or
3  not, I am Baby Bean Productions.
4  Q.  And did you individually transfer
5  your partnership interest in this partnership to
6  Baby Bean Productions at any point in time?
7  A.  I don't know how to answer that.
8  Like I said, Baby Bean Productions is me. There
9  was no transferring or needing to transfer or
10 anything like that.
11 Q.  So there's no difference between
12 you and Baby Bean Productions.
13       MR. SONNABEND: I object to that
14 question.
15       You don't have to answer if you
16 don't have an answer to that.
17 A.  I don't have an answer to that.
18 It's semantics to me.
19 Q.  Semantics.
20 A.  I mean, legally, I guess there is,
21 but if you ask me or Luis.
22 Q.  Was Luis a New York City Parks
23 Department employee at any time?
24 A.  Yes, he was.
25 Q.  At what point in time?

**Page 16**

Danny Parks - February 6, 2008

2  A.  I believe from 1993 I believe until
3  either 2000 or 2001.
4  Q.  What was his job at New York City
5  Parks Department?
6  A.  A recreation specialist I believe.
7  Q.  Did he work at Mullally?
8  A.  Yes, he did.
9  Q.  When he first created the event,
10 was he a New York City employee?
11 A.  I don't know. You'll have to ask
12 him that question because he was a seasonal
13 employee. So I don't know when he created it in
14 his mind. When the event was first thrown? Is
15 that what you're referring to?
16 Q.  In 1995 when the event was first
17 created, was he working as a New York City Parks
18 employee?
19 A.  I believe in June of 1995 when the
20 event happened, I believe he was a New York City
21 Parks employee.
22 Q.  You say he was a seasonal
23 employees. Which seasons did he work in, do you
24 know?
25 A.  Summer season.

**Page 17**

Danny Parks - February 6, 2008

2  Q.  And I think you said he remained an
3  employee of the New York City Parks Department
4  in 2000-2001?
5  A.  Somewhere around there, yes.
6  Q.  At some point in time did you enter
7  into at written agreement regarding this
8  partnership?
9  A.  With Luis Perez?
10 Q.  Yes.
11 A.  Yes.
12 Q.  When was that?
13 A.  April of '07 or '06. April of
14 '07 -- no. April. I can't remember the year.
15 Q.  April, you don't remember the year.
16 A.  No.
17 Q.  Either '06 or '07?
18 A.  Yes.
19 Q.  And why did you enter into this
20 written partnership agreement at that point in
21 time?
22 A.  It needed to be on paper.
23 Q.  But at that point the partnership
24 had been operating for a year or two, depending
25 on when you formed it, with no piece of paper,

## Page 18

Danny Parks - February 6, 2008

```
 1              correct?
 2       A.   Correct.
 3       Q.   Was there a particular reason why
 4  you decided it had to be on paper at that point
 5  in time?
 6       A.   Yes.
 7       Q.   What was that?
 8       A.   For the DC Shoes King of New York
 9  issue.
10       Q.   What do you mean by that?
11       A.   Meaning something needed to be
12  written down on paper to show that we had a
13  partnership. We didn't need anything written,
14  Luis and I.
15       Q.   Because you felt that was necessary
16  for the purposes of this lawsuit.
17       A.   Correct.
18       Q.   And who told you that? And I don't
19  want to know what your counsel may have told
20  you. I'm not interested in that. But if anyone
21  other than your counsel told you that that was
22  necessary --
23       A.   No.
24       Q.   Did you come to that determination
```

## Page 19

Danny Parks - February 6, 2008

```
 1  on your own?
 2       A.   With some advice.
 3       Q.   So this partnership agreement was
 4  signed at some point in time in April of '06 or
 5  April of '07, correct?
 6       A.   It was April of '07, I'm pretty
 7  sure.
 8       Q.   Do you remember the issues that was
 9  discussed in this partnership agreement?
10       A.   Between whom?
11       Q.   In the document. What were the
12  issues that were addressed?
13            MR. SONNABEND: I object to the
14  question.
15       A.   The issues that were addressed were
16  those of forming of a partnership.
17       Q.   Which are?
18            MR. SONNABEND: I object to the
19  question. The document says what the document
20  says. Why don't you put it in front of him.
21       A.   Yeah. It says in the document.
22       Q.   I will. But I'm entitled to know
23  what your current recollection of the document
24  is. I'll put it in front of you when I'm ready.
```

## Page 20

Danny Parks - February 6, 2008

```
 1       A.   It's a partnership agreement. It
 2  says that we're partners in the event.
 3       Q.   Anything else?
 4            MR. SONNABEND: I object. What's
 5  the purpose of this? Just to harass him?
 6            MR. COHEN: I want to know what his
 7  current recollection is of the document.
 8       Q.   If you don't have any, you can tell
 9  me.
10       A.   It's a partnership agreement. It
11  says we're partners in the event. It says we're
12  co-owners of the event.
13       Q.   There's a lot of different things
14  that a partnership agreement can say. I'm
15  asking you what your understanding of what your
16  partnership agreement says.
17       A.   And I'm telling you.
18       Q.   Tell me.
19       A.   I just did.
20            MR. COHEN: Read it back, please.
21            (The preceding answer was read.)
22       A.   I don't know it verbatim.
23       Q.   I don't expect you to know it
24  verbatim.
```

## Page 21

Danny Parks - February 6, 2008

```
 1       Q.   Any other issues you think are
 2  addressed in this partnership agreement other
 3  than that you're partners and co-owners?
 4       A.   There's five paragraphs, four or
 5  five paragraphs. So yes, there probably are.
 6       Q.   Who drafted that document?
 7       A.   I did.
 8       Q.   You did.
 9       A.   I did.
10       Q.   Were you being assisted by counsel
11  at that time?
12       A.   No.
13       Q.   And who are the parties to that
14  document? Who signed it?
15       A.   Myself and Luis Perez.
16       Q.   And did you sign on behalf of
17  yourself or on behalf of Baby Bean?
18       A.   On behalf of Baby Bean.
19       Q.   Let's take a look at it.
20            (Defendant's Exhibit 1 for
21  identification, Partnership Agreement, document
22  bearing Bates production number P 000002.)
23       Q.   I'll ask you to take a look at
24  what's been marked as Defendant's Exhibit 1.
```

**Page 114**

Danny Parks - February 6, 2008
1. believe that was all for 2006.
2. Q. So to repeat, Home Depot, Scion,
3. Pony Malta and Azzure Denim.
4. A. Yes.
5. Q. Do you remember the amounts?

20. Q. That's it for 2007?
21. A. I think so.
22. Q. And you list several other
23. sponsors. Those were all nonpaying sponsors?
24. A. Product.
25. Q. They supplied products?

**Page 115**

Danny Parks - February 6, 2008
2. A. Some of these companies are --
3. almost all the companies supplied product as
4. well. But these other companies supplied solely
5. product.
6. Q. Do any sponsors not supply products
7. or cash?
8. A. You mean like in lieu of other
9. things besides?
10. Q. I mean is there any other type of
11. sponsorship arrangement you have where they
12. don't pay cash or product?
13. A. They might provide a service. I
14. don't know if we had any of those sponsors. Oh,
15. Red Bull for 2006.
16. Q. How much for Red Bull?
17. A. I'm not sure. That's an example of
18. a company that didn't provide necessarily a
19. product. And I don't know if they provided cash
20. but they supplied the PA system for 2006. I
21. don't recall if they gave us money.
22. Q. So they allowed you to use the
23. PA system?
24. A. They brought in a whole PA system
25. for us.

**Page 116**

Danny Parks - February 6, 2008
2. Q. But they don't give it to you.
3. A. They paid for the renting of it.
4. Q. What are your expenses like to run
5. your event?
6. MR. SONNABEND: Again, I'd like
7. this to be confidential.

11. Q. Now, I think we had marked earlier
12. one of your sponsorship proposals, Defendant's
13. Exhibit 2. In that -- is there pricing in here?
14. A. In the very end.
15. Q. So there's pricing here for your
16. sponsorship proposal. Presenting sponsor,
17. 49,500 and on down.
18. Have you ever had a presenting
19. sponsor at that amount?
20. A. We've had discussions from people,
21. but no, we never have.
22. Q. So you really never had any of
23. these things -- any of these sponsorships that
24. you talked about, have they fit into any of
25. these categories?

**Page 117**

Danny Parks - February 6, 2008
2. MR. SONNABEND: I object. Was that
3. the stop of a first question and then --
4. MR. COHEN: Yes, stop of a first
5. question.
6. MR. SONNABEND: Go ahead.
7. A. Well, for 2007 and 2006, Toyota
8. was -- Scion/Toyota was the silver package
9. sponsor. And for 2006 Pony Malta bought the
10. Terremoto one.
11. Q. Where is that on this document?
12. A. Right here. (Indicating.)
13. Q. But they didn't pay 7,500 for it.
14. A. Well, it was less in 2006. No,
15. they didn't pay that in cash. They gave us a
16. lot of product which equaled to at least that
17. much.
18. Q. So they paid $1,000 in cash I think
19. you said, and products.
20. A. Correct.
21. Q. Now, the partnership agreement that
22. you have with Luis Perez, that talks about
23. sharing revenues from the partnership.
24. A. Correct.
25. Q. Have you ever shared any revenues

**Page 118**

Danny Parks - February 6, 2008

with Luis Perez?

A. There hasn't been any revenues to share.

Q. Has he ever paid for any of the expenses?

A. No.

Q. What involvement has Luis had in the King of New York event since 2006?

A. We run ideas off one another, he's judged 2007, he is the -- he's sort of my right hand man, so to speak, in the event itself on-site. And yes, I discuss everything with him with regards to the event. Who's looking to sponsor, who sponsored us, who almost sponsored us, who do you think we should call, that type of thing.

Q. Does he review sponsorship proposal e-mails that you send out before you send them out?

A. No. And he doesn't review them all. The e-mails that I send are pretty generic to start off with. And I try and give him an idea of how they're going to be worded beforehand.

**Page 119**

Danny Parks - February 6, 2008

He has also looked at the proposals before they've gone out, especially in 2006, he was heavily involved in that stuff.

Q. Does he review or approve the King of New York press releases?

A. No.

Q. Does he review and approve the fliers, King of New York fliers?

A. Yes.

Q. Does he --

A. And we're talking about '06 and '07, correct?

Q. Yes.

A. Okay.

Q. Now, earlier in the deposition you said that you believe you've been damaged by DC in that you weren't able to sign Mazda as a sponsor.

A. Yes.

Q. Any other ways in which you feel you've been economically damaged by what DC has done or has not done?

A. Well, Red Bull gave us a verbal confirmation in '06 about sponsoring the 2007

**Page 120**

Danny Parks - February 6, 2008

event. And six weeks before, they pulled out. I believe that had something to do with our discussions in the beginning about their involvement with the DC King of New York.

Q. Why do you believe that?

A. I mean, just because of their attitude about it. And them being a big company and DC being a big company, I don't know if I know how to explain it correctly, but I just feel like that if companies hear about litigation, that they're not going to get involved, they're not going to want to be involved. And I think they had hopes that this thing would have gone away and they realized that it wasn't and pulled out of our event.

Q. I just noticed that you seem to be wearing a King of New York t-shirt. I didn't notice that before.

A. Good luck stuff. I have my good luck stuff on today.

Q. So that is a King of New York t-shirt that you're wearing?

A. That is 2007.

Q. Did anyone ever tell you that

**Page 121**

Danny Parks - February 6, 2008

that's why Red Bull pulled out in 2007?

A. No.

Q. You said they had made a verbal commitment to you before that.

A. Yes, they pretty much told us -- well, verbal and through e-mails.

Q. Do you have e-mails showing --

A. You guys should have that. With an offer of a certain amount. I think it was -- originally it was $1,500 and then they upped it to $2,000.

Q. Other than what you've testified, do you have any other basis for believing that's why Red Bull pulled out?

A. No. Red Bull, no.

Q. Any other ways in which you feel you've been economically damaged by DC?

A. Yeah. I mean, there's King of New York -- DC King of New York stuff all over the internet. And I think Baby Bean calling up a potential sponsor and trying to solicit from them, I mean, I had this the other day. I talked to Zumiez and Zumiez thought we were the DC event. And I said no, we're not DC King of