# EXHIBIT F

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Civil Action No. 07-CV-3616 (MGC)
     ------------------------------------x
 3   BABY BEAN PRODUCTIONS LLC,

 4                        Plaintiff,

 5        -against-

 6   DC SHOES, INC.,

 7                        Defendant.
     ------------------------------------x
 8                        February 6, 2008

 9                        12:05 p.m.

10

11

12        Deposition of DANNY PARKS, taken by

13   Defendant, pursuant to notice, at the offices of

14   Kane Kessler, P.C, 1350 Avenue of the Americas,

15   New York, New York, before SUZANNE PASTOR, a

16   Shorthand Reporter and Notary Public within and

17   for the State of New York.

18

19

20             ROSENBERG AND ASSOCIATES

21       Certified Court Reporters & Videographers

22                 575 Madison Avenue

23               New York, New York 10022

24      Phone: (212) 868-1936   Fax: (212) 868-1967

25             www.rosenbergandassociates.com
```

**Page 6**

Danny Parks - February 6, 2008

2  A. Okay. Well, right now we're doing
3  an event, which is a tour, called the Scion and
4  Signal Snowboards Road Trip, which is a mobile
5  marketing tour. And so I would consider that
6  probably one event, but it's a mobile marketing
7  tour that lasts approximately two and a half to
8  three months long. So we manage that.
9  Q. Other events that you're involved
10  with?
11  A. The King of New York.
12  Q. What type of an event is the King
13  of New York event?
14  A. It's an action sports lifestyle
15  event.
16  Q. Any particular sport that's neat
17  toured?
18  A. BMX has been featured.
19  Q. What does BMX stand for?
20  A. Bicycle Motocross.
21  Q. When was the first time -- for
22  shorthand purposes during this deposition, I'm
23  going to call the King of New York event the
24  KoNY event. Is that okay with you?
25  A. Sure.

**Page 7**

Danny Parks - February 6, 2008

2  Q. When I say KoNY, K-O-N-Y.
3  Is the KoNY event an annual event?
4  A. It is.
5  Q. When was the first KoNY event that
6  Baby Bean was involved with?
7  A. Baby Bean as an entity was involved
8  with the first one in 2006.
9  Q. Do you remember what month the 2006
10  event was in?
11  A. July.
12  Q. Were you personally involved with
13  any KoNY events prior to that?
14  A. Yes.
15  Q. What was the first event that you
16  were personally involved with?
17  A. Probably -- the first one, in 1995.
18  Q. What was your involvement with the
19  1995 event?
20  A. I believe I was a sponsor of the
21  event. And I may have helped judge the event.
22  Q. What's the next KoNY event that you
23  were involved in?
24  A. Probably 1996. Probably 1996.
25  Q. How would you describe your current

**Page 8**

Danny Parks - February 6, 2008

2  involvement with the KoNY event?
3  A. Personally? Or my business?
4  Q. Your business. What's the current
5  involvement of Baby Bean in the KoNY event?
6  A. We manage the event. We organize
7  it, we manage it, coordinate everything involved
8  pretty much.
9  Q. So when was the first KoNY event
10  that you personally were involved in managing,
11  organizing and coordinating?
12  A. As I just stated -- you mean pretty
13  much everything there? 2006.
14  Q. And before 2006 you had involvement
15  with the KoNY event as a sponsor or as a judge
16  but not as an organizer or coordinator, is that
17  fair do say?
18  A. Not necessarily. I would help out
19  where needed. I mean, I would help organize
20  little things here and there. I don't recall
21  the exact -- it -- the exact nature. But I
22  would say more than just a judge and sponsor.
23  Q. Is an event owned by anybody?
24  MR. SONNABEND: I object.
25  Q. You can answer it.

**Page 9**

Danny Parks - February 6, 2008

2  A. I would think, yes.
3  Q. Who is the KoNY event owned by?
4  A. Baby Bean and Luis Perez.
5  Q. So the event is owned by Baby Bean
6  and Luis Perez jointly?
7  A. Correct.
8  Q. And did there come a point in time
9  where you formed a partnership with respect to
10  the KoNY event?
11  A. Yes.
12  Q. And when did that happen?
13  A. In approximately August of 2005.
14  Q. You're sure of the date.
15  A. Mm-hmm.
16  Q. What were the circumstances under
17  which this partnership was formed?
18  A. I asked him, I'm starting a company
19  and I want to get involved in the event, I want
20  to partner up with you. And I asked his
21  permission.
22  Q. So at that point your goal was to
23  change the nature of your involvement in the
24  event from what it was to something different.
25  A. To something different, yes.

**Page 10**

Danny Parks - February 6, 2008

2  Q.  And who is Luis Perez?
3  A.  He's a really good friend of mine.
4  I've known him for quite a while.
5  Q.  How long?
6  A.  I'm trying to think how old I am
7  now. Over 20 years I believe.
8  Q.  And what was Luis's involvement
9  with the KoNY event in August of '05?
10 A.  He was the existing owner of the
11 event I guess. He started it and, yes, he was
12 the owner of the event.
13 Q.  Why do you say that, he was the
14 owner of the event?
15 A.  Well, because he didn't -- he sort
16 of had a sport organizer. Someone who helped
17 him do the coordination, some of the -- well,
18 some of the coordination of the event.
19 Q.  So why did you say he was the owner
20 of the event?
21    MR. SONNABEND: I Object.
22 A.  Because he started it. It was his
23 event.
24 Q.  Okay, that's your definition of an
25 owner of the event. Someone who started it?

**Page 11**

Danny Parks - February 6, 2008

2     MR. SONNABEND: I object.
3  A.  Someone who started it, yes,
4  someone who started it and runs it.
5  Q.  Where is the conducted?
6  A.  It has been conducted in the past
7  at Mullally Park.
8  Q.  Every year it's been at Mullally?
9  A.  Correct.
10 Q.  Was there an event in 2005?
11 A.  I don't believe there was. There
12 was a year that they skipped. I'm not sure
13 which one it was.
14 Q.  Now, you formed this partnership in
15 August 2005 with Luis Perez, is that correct?
16 A.  Mm-hmm.
17 Q.  What was the nature of the
18 partnership?
19 A.  That it was -- I don't quite
20 understand your question.
21 Q.  What is the purpose of the
22 partnership?
23 A.  What's -- I mean, what's the
24 purpose of a partnership? To run things
25 together.

**Page 12**

Danny Parks - February 6, 2008

2  Q.  I think you already described that
3  the partnership owned the event after that point
4  in time.
5  A.  Correct.
6  Q.  Prior to that time, meaning August
7  2005, did Danny Parks have any ownership
8  interest in the event?
9  A.  No.
10 Q.  But as a result of this
11 partnership, did you individually take with Luis
12 Perez an ownership interest in the event?
13 A.  Baby Bean Productions, yes, I did.
14 And me meaning Baby Bean Productions?
15 Q.  Well, we're talking about August
16 2005, right?
17 A.  Right.
18 Q.  Didn't you already tell us that
19 Baby Bean was created in January of '06?
20 A.  Correct. So -- well, we started
21 discussing it in August of '05. And I told him
22 that we were going to -- the reason that I
23 started it was when I was going to start my
24 company. And I knew it wasn't started then. It
25 was going to be for next year in 2006. So --

**Page 13**

Danny Parks - February 6, 2008

2  repeat your question because I'm not quite
3  following you.
4  Q.  I'll ask another question. When
5  the partnership -- you already told us that the
6  partnership was formed in August of 2005,
7  correct?
8  A.  That's when we started discussing
9  it.
10 Q.  That's when you started discussing
11 it. So when was the partnership actually
12 formed?
13 A.  I mean, I guess -- can you form --
14 I'm just not quite sure if you can form a
15 partnership -- yes, August 2005. August 2005.
16 Q.  So in August 2005 Baby Bean did not
17 legally exist, correct?
18 A.  Correct.
19 Q.  So who were the original partners
20 in the partnership?
21 A.  I guess myself and Luis.
22 Q.  So you individually and Luis.
23    MR. SONNABEND: I object. He just
24 answered that, Adam.
25 A.  Yes.

ROSENBERG & ASSOCIATES, INC.   (212) 868-1936
www.rosenbergandassociates.com

```
                                                    18
 1          Danny Parks - February 6, 2008
 2   correct?
 3       A.   Correct.
 4       Q.   Was there a particular reason why
 5   you decided it had to be on paper at that point
 6   in time?
 7       A.   Yes.
 8       Q.   What was that?
 9       A.   For the DC Shoes King of New York
10   issue.
11       Q.   What do you mean by that?
12       A.   Meaning something needed to be
13   written down on paper to show that we had a
14   partnership. We didn't need anything written,
15   Luis and I.
16       Q.   Because you felt that was necessary
17   for the purposes of this lawsuit.
18       A.   Correct.
19       Q.   And who told you that? And I don't
20   want to know what your counsel may have told
21   you. I'm not interested in that. But if anyone
22   other than your counsel told you that that was
23   necessary --
24       A.   No.
25       Q.   Did you come to that determination
```

```
                                                    19
 1          Danny Parks - February 6, 2008
 2   on your own?
 3       A.   With some advice.
 4       Q.   So this partnership agreement was
 5   signed at some point in time in April of '06 or
 6   April of '07, correct?
 7       A.   It was April of '07, I'm pretty
 8   sure.
 9       Q.   Do you remember the issues that was
10   discussed in this partnership agreement?
11       A.   Between whom?
12       Q.   In the document. What were the
13   issues that were addressed?
14            MR. SONNABEND: I object to the
15   question.
16       A.   The issues that were addressed were
17   those of forming of a partnership.
18       Q.   Which are?
19            MR. SONNABEND: I object to the
20   question. The document says what the document
21   says. Why don't you put it in front of him.
22       A.   Yeah. It says in the document.
23       Q.   I will. But I'm entitled to know
24   what your current recollection of the document
25   is. I'll put it in front of you when I'm ready.
```

```
                                                    20
 1          Danny Parks - February 6, 2008
 2       A.   It's a partnership agreement. It
 3   says that we're partners in the event.
 4       Q.   Anything else?
 5            MR. SONNABEND: I object. What's
 6   the purpose of this? Just to harass him?
 7            MR. COHEN: I want to know what his
 8   current recollection is of the document.
 9       Q.   If you don't have any, you can tell
10   me.
11       A.   It's a partnership agreement. It
12   says we're partners in the event. It says we're
13   co-owners of the event.
14       Q.   There's a lot of different things
15   that a partnership agreement can say. I'm
16   asking you what your understanding of what your
17   partnership agreement says.
18       A.   And I'm telling you.
19       Q.   Tell me.
20       A.   I just did.
21            MR. COHEN: Read it back, please.
22            (The preceding answer was read.)
23       A.   I don't know it verbatim.
24       Q.   I don't expect you to know it
25   verbatim.
```

```
                                                    21
 1          Danny Parks - February 6, 2008
 2       Q.   Any other issues you think are
 3   addressed in this partnership agreement other
 4   than that you're partners and co-owners?
 5       A.   There's five paragraphs, four or
 6   five paragraphs. So yes, there probably are.
 7       Q.   Who drafted that document?
 8       A.   I did.
 9       Q.   You did.
10       A.   I did.
11       Q.   Were you being assisted by counsel
12   at that time?
13       A.   No.
14       Q.   And who are the parties to that
15   document? Who signed it?
16       A.   Myself and Luis Perez.
17       Q.   And did you sign on behalf of
18   yourself or on behalf of Baby Bean?
19       A.   On behalf of Baby Bean.
20       Q.   Let's take a look at it.
21            (Defendant's Exhibit 1 for
22   identification, Partnership Agreement, document
23   bearing Bates production number P 000002.)
24       Q.   I'll ask you to take a look at
25   what's been marked as Defendant's Exhibit 1.
```

**Page 22**

Danny Parks - February 6, 2008

2  A. Okay.
3  Q. Do you recognize that document as
4  the partnership agreement we've been discussing?
5  A. I do.
6  Q. And is that your signature at the
7  bottom?
8  A. Yes, it is.
9  Q. Now, this document is dated
10 April 12th, 2007, correct?
11 A. Correct.
12 Q. Did you sign this document on or
13 about April 12th, 2007?
14 A. Yes.
15 Q. Do you see the fax line at the top
16 of the document of this copy?
17 A. Mm-hmm.
18 Q. Do you recognize that fax number
19 there?
20 A. No.
21 Q. There's a date next to the fax
22 number, July 16th, '07. Do you see that?
23 A. Mm-hmm.
24 Q. Are you certain that you signed the
25 document on April -- on or about April 12th,

**Page 23**

Danny Parks - February 6, 2008

2  2007?
3  A. Yes.
4  Q. How can you be sure of that?
5  A. Because it's dated April 12th. I
6  remember writing that.
7  Q. That's your handwriting in the
8  date?
9  A. Yes.
10 Q. Now, did you understand this
11 document at the time you put your signature to
12 it?
13 A. Yes.
14 Q. You were the originator of this
15 document. You created this document.
16 A. Yes, right.
17 Q. Now, this document talks about
18 event property. Do you see that word appearing
19 in the document?
20 A. Yes.
21 Q. What does "event property" mean?
22 A. It means the -- to me what does it
23 mean?
24 Q. What does it mean -- you wrote this
25 document. What does it mean in the context of

**Page 24**

Danny Parks - February 6, 2008

2  this document?
3  A. It means the King of New York.
4  Everything relating to it.
5  Q. So "event property" means
6  everything related to the King of New York
7  event.
8  A. Correct.
9  Q. So that would mean the -- give me
10 some examples of what that means.
11 A. Well, I have stuff in here for
12 example. Net profits of the partnership, any
13 equity of the event, trademark rights, licensing
14 rights. I mean, anything that we deemed
15 relevant to King of New York.
16 Q. So trademark rights are part of
17 event property?
18 A. I believe so.
19 Q. And event property is owned jointly
20 by you and Luis Perez under this document?
21 A. Correct.
22 Q. How about goodwill, are you
23 familiar with that word?
24 A. Yes.
25 Q. Who owns the goodwill associated

**Page 25**

Danny Parks - February 6, 2008

2  with the event?
3  A. Well, I know -- I think I know what
4  goodwill means, but I'm not quite sure I
5  understand the definition of it relating to an
6  event.
7  Q. What do you understand "goodwill"
8  to mean?
9  A. Just doing something good for
10 someone else. That's what it means to me.
11 Q. How about the reputation of the
12 event, who owns that?
13 A. I don't know if you can own -- can
14 you own a reputation? You can have control of
15 the reputation. I'm not sure if you can own a
16 reputation. But that would be our -- a certain
17 reputation would come along with the King of New
18 York.
19 Q. And the right to conduct the event,
20 is that part of event property?
21 A. Yes, I believe it is.
22 Q. Which, again, is owned jointly by
23 you and Luis Perez.
24 A. Correct.
25 Q. Now, what does that mean when

**Page 26**

Danny Parks - February 6, 2008

something is owned -- in this context, what does that mean that you jointly own it? Does that mean that either of you can conduct an event called KoNY on your own without the other?
A. No.
Q. So what does it mean?
A. It means we own a singular event called King of New York.
Q. So that means that if either of you want to conduct the KoNY event, you need to have involvement from both of you?
A. Out of respect we would. But we confer with one another and give each other the right to do with it what we want. I don't think that instance would ever happen.
Q. Now, prior to entering into this event partnership agreement, I believe you testified that Baby Bean didn't have any ownership rights in the KoNY event, is that correct?
MR. SONNABEND: Can I have the question again?
(The pending question was read.)
A. Correct.

**Page 27**

Danny Parks - February 6, 2008

Q. Who's responsible for event management of the KoNY event?
A. The majority of it is myself.
Q. But this document says that the partnership shall have equal rights in the management of the partnership business. What does that mean?
A. It means just what's written there. We'll have equal rights in its management, but that doesn't mean -- the way I wrote it up is it doesn't mean that we have to exert those legal rights all the time.
Q. So each partner has equal rights in planning, but in practice you take the labor, is that fair to say?
A. I would say yes.
Q. Now, this document says in the second paragraph, second sentence, it says, "The partnership shall begin on August 2005, which will include all rights beginning with the creation of the event in 1995, and shall continue until terminated as herein provided."
Do you see where it says that?
A. Mm-hmm, I have do.

**Page 28**

Danny Parks - February 6, 2008

Q. What do you mean by "include all rights beginning with the creation of the event in '95"?
A. It means I pretty much worded it I think to show that it's not a different event starting in August 2005. That it's all the same event, same King of New York. And so anything that started with the King of New York in 1995 is sort of going to continue.
Q. And so is it your understanding that Luis is -- prior to entering into this agreement, Luis Perez had those rights dating back to 1995?
A. Yes.
Q. And why do you believe that?
A. Because he started the event.
Q. Where does Luis Perez live now?
A. Pennsylvania.
Q. Near you in Boalsburg?
A. No.
Q. Who's Robert Ramos?
A. He is the current skate park manager at Mullally Skate Park.
Q. He's currently a New York City

**Page 29**

Danny Parks - February 6, 2008

Parks employee?
A. Yes.
Q. Is he a friend of yours?
A. Yes, he is.
Q. Do you know him from about the same time you know Luis Perez?
A. A little bit less time, but a long time.
Q. Is there any other agreement in place between you and Perez relating to KoNY?
A. Written agreement? No. Written agreement, this is it.
Q. This is the only written agreement you have between you and Luis Perez relating to KoNY.
A. Yes, I believe so.
Q. Is there any other verbal agreement that you have with him?
A. No. I mean, the verbal agreement was -- no. The verbal agreement was based on -- this is based on the verbal agreement.
Q. So this document essentially memorializes all understandings you have with Perez relating to KoNY?