# EXHIBIT G

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    Civil Action No. 07-CV-3616 (MGC)
     ------------------------------------x
3    BABY BEAN PRODUCTIONS LLC,

4                          Plaintiff,

5          -against-

6    DC SHOES, INC.,

7                          Defendant.
     ------------------------------------x
8                        February 6, 2008

9                        12:05 p.m.

10

11

12      Deposition of DANNY PARKS, taken by

13   Defendant, pursuant to notice, at the offices of

14   Kane Kessler, P.C, 1350 Avenue of the Americas,

15   New York, New York, before SUZANNE PASTOR, a

16   Shorthand Reporter and Notary Public within and

17   for the State of New York.

18

19

20           ROSENBERG AND ASSOCIATES

21      Certified Court Reporters & Videographers

22              575 Madison Avenue

23            New York, New York 10022

24    Phone: (212) 868-1936    Fax: (212) 868-1967

25           www.rosenbergandassociates.com
```

**Page 14**

Danny Parks - February 6, 2008

2  Q. Now, at some point in time did Baby
3  Bean Productions become a partner in this
4  partnership?
5  A. Well, the whole intent -- I guess
6  technically, yes. But the whole intent was when
7  we formed the partnership that is when I told
8  him I was going to start my company. And so
9  even though, yeah, I wasn't legally Baby Bean --
10 I mean --
11 Q. I think what we've already
12 established is when the partnership was formed,
13 august 2005, the original partners were yourself
14 and Luis Perez, is that correct?
15 A. If you want to look at it that way.
16 Q. At some point in time thereafter,
17 Baby Bean Productions was formed.
18 A. Correct.
19 Q. And did Baby Bean Productions
20 become a partner in this partnership at some
21 point in time?
22        MR. SONNABEND: I object. He
23 already answered that to the best of his ability
24 I believe.
25 A. To me it's semantics. It's -- Baby

**Page 15**

Danny Parks - February 6, 2008

2  Bean Productions is me. Whether it's legal or
3  not, I am Baby Bean Productions.
4  Q. And did you individually transfer
5  your partnership interest in this partnership to
6  Baby Bean Productions at any point in time?
7  A. I don't know how to answer that.
8  Like I said, Baby Bean Productions is me. There
9  was no transferring or needing to transfer or
10 anything like that.
11 Q. So there's no difference between
12 you and Baby Bean Productions.
13        MR. SONNABEND: I object to that
14 question.
15        You don't have to answer if you
16 don't have an answer to that.
17 A. I don't have an answer to that.
18 It's semantics to me.
19 Q. Semantics.
20 A. I mean, legally, I guess there is,
21 but if you ask me or Luis.
22 Q. Was Luis a New York City Parks
23 Department employee at any time?
24 A. Yes, he was.
25 Q. At what point in time?

**Page 16**

Danny Parks - February 6, 2008

2  A. I believe from 1993 I believe until
3  either 2000 or 2001.
4  Q. What was his job at New York City
5  Parks Department?
6  A. A recreation specialist I believe.
7  Q. Did he work at Mullally?
8  A. Yes, he did.
9  Q. When he first created the event,
10 was he a New York City employee?
11 A. I don't know. You'll have to ask
12 him that question because he was a seasonal
13 employee. So I don't know when he created it in
14 his mind. When the event was first thrown? Is
15 that what you're referring to?
16 Q. In 1995 when the event was first
17 created, was he working as a New York City Parks
18 employee?
19 A. I believe in June of 1995 when the
20 event happened, I believe he was a New York City
21 Parks employee.
22 Q. You say he was a seasonal
23 employees. Which seasons did he work in, do you
24 know?
25 A. Summer season.

**Page 17**

Danny Parks - February 6, 2008

2  Q. And I think you said he remained an
3  employee of the New York City Parks Department
4  in 2000-2001?
5  A. Somewhere around there, yes.
6  Q. At some point in time did you enter
7  into at written agreement regarding this
8  partnership?
9  A. With Luis Perez?
10 Q. Yes.
11 A. Yes.
12 Q. When was that?
13 A. April of '07 or '06. April of
14 '07 -- no. April. I can't remember the year.
15 Q. April, you don't remember the year.
16 A. No.
17 Q. Either '06 or '07?
18 A. Yes.
19 Q. And why did you enter into this
20 written partnership agreement at that point in
21 time?
22 A. It needed to be on paper.
23 Q. But at that point the partnership
24 had been operating for a year or two, depending
25 on when you formed it, with no piece of paper,

**Page 30**

Danny Parks - February 6, 2008

2  A. Yes.
3  Q. Who were the -- are there any other
4  employees of Baby Bean?
5  A. No.
6  Q. Are there any other members of Baby
7  Bean?
8  A. No.
9  Q. You're the sole member of the LLC?
10 A. Yes.
11 Q. Do you have an address in New York
12 City?
13 A. I have an address that I use, which
14 is my mother's current residence. But I don't
15 live there.
16 Q. What is that address?
17 A. You want the exact address?
18 Q. Yes.
19 A. 23530 Bainbridge Avenue.
20 Q. Do you ever use that as an office
21 for Baby Bean?
22 A. Yes, as a shipping address. It's
23 in the Bronx, by the way.
24 Q. Let's talk a little bit more about
25 the KoNY event. Who competes in the event?

**Page 31**

Danny Parks - February 6, 2008

2  MR. SONNABEND: I object to the
3  question.
4  A. Amateurs and professionals.
5  Q. Is it a competition?
6  A. Yes. Yes, that's part of it.
7  Q. What else?
8  A. It's a lifestyle event.
9  Q. What do you mean by that?
10 A. It's a reunion of sorts for a lot
11 of the older athletes that don't necessarily
12 compete but they still come out to see their
13 friends.
14 Q. What happens in this reunion part
15 of the event?
16 A. There's nothing scripted, nothing
17 scheduled. It's just everyone comes out and has
18 fun.
19 Q. Anything else that makes it a
20 lifestyle event?
21 A. I mean, I think that sums it up.
22 It's just a fun event.
23 Q. Who attends the event?
24 A. People from all over. New York
25 City, all over -- we have competitors from other

**Page 32**

Danny Parks - February 6, 2008

2  countries, other states.
3  Q. Can you give me an age group range
4  of people who attend the event?
5  A. Anywhere from 7 to 70, literally.
6  Q. Are these people who are generally
7  all interested in BMX?
8  MR. SONNABEND: I object.
9  A. Not necessarily. That's why we
10 bill it as an action sports lifestyle event,
11 because they're interested in other -- just in
12 action sports as a whole.
13 Q. Are there any other action sports
14 that are involved in the event?
15 A. It's primarily BMX.
16 Q. Any others besides BMX?
17 A. I mean, if you want to consider it
18 an action sport, we've had wrestling at one
19 point, more as a demonstration event. But not
20 the traditional action sports, no.
21 Q. When did you have wrestling?
22 A. I don't recall exactly. Better
23 question for Luis.
24 Q. Has the event changed over time?
25 A. Changed in what sense?

**Page 33**

Danny Parks - February 6, 2008

2  Q. Was it the same type of lifestyle
3  event in '95 as it is now, or have there been
4  any changes over time?
5  MR. SONNABEND: I object.
6  A. Small changes, yes.
7  Q. Like what?
8  A. It's a slightly bigger event. We
9  have more sponsorship involvement now. Probably
10 have more people show up at the event than in
11 the past.
12 Q. Would you say there's a general
13 culture, and I'm not talking about racial or
14 gender, but just a social culture of people who
15 attend your event?
16 A. I would.
17 Q. How would you describe that?
18 A. It's the same people that like to
19 come out to this type of event. The people that
20 like action sports, that are into certain types
21 of music. I mean, do you want me to describe
22 them physically?
23 Q. No, not physically, but these are
24 the types of things I'm interested in.
25 A. Yes, culturally speaking, yes.