# EXHIBIT H

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  Civil Action No. 07-CV-3616 (MGC)
    ------------------------------------x
 3  BABY BEAN PRODUCTIONS LLC,

 4                      Plaintiff,

 5        -against-

 6  DC SHOES, INC.,

 7                      Defendant.
    ------------------------------------x
 8                      February 6, 2008

 9                      12:05 p.m.

10

11

12      Deposition of DANNY PARKS, taken by

13  Defendant, pursuant to notice, at the offices of

14  Kane Kessler, P.C, 1350 Avenue of the Americas,

15  New York, New York, before SUZANNE PASTOR, a

16  Shorthand Reporter and Notary Public within and

17  for the State of New York.

18

19

20           ROSENBERG AND ASSOCIATES

21      Certified Court Reporters & Videographers

22              575 Madison Avenue

23            New York, New York 10022

24    Phone: (212) 868-1936   Fax: (212) 868-1967

25           www.rosenbergandassociates.com
```

**Page 10**

```
 1         Danny Parks - February 6, 2008
 2       Q.   And who is Luis Perez?
 3       A.   He's a really good friend of mine.
 4   I've known him for quite a while.
 5       Q.   How long?
 6       A.   I'm trying to think how old I am
 7   now.  Over 20 years I believe.
 8       Q.   And what was Luis's involvement
 9   with the KoNY event in August of '05?
10       A.   He was the existing owner of the
11   event I guess.  He started it and, yes, he was
12   the owner of the event.
13       Q.   Why do you say that, he was the
14   owner of the event?
15       A.   Well, because he didn't -- he sort
16   of had a sport organizer.  Someone who helped
17   him do the coordination, some of the -- well,
18   some of the coordination of the event.
19       Q.   So why did you say he was the owner
20   of the event?
21            MR. SONNABEND:  I Object.
22       A.   Because he started it.  It was his
23   event.
24       Q.   Okay, that's your definition of an
25   owner of the event.  Someone who started it?
```

**Page 11**

```
 1         Danny Parks - February 6, 2008
 2            MR. SONNABEND:  I object.
 3       A.   Someone who started it, yes,
 4   someone who started it and runs it.
 5       Q.   Where is the conducted?
 6       A.   It has been conducted in the past
 7   at Mullally Park.
 8       Q.   Every year it's been at Mullally?
 9       A.   Correct.
10       Q.   Was there an event in 2005?
11       A.   I don't believe there was.  There
12   was a year that they skipped.  I'm not sure
13   which one it was.
14       Q.   Now, you formed this partnership in
15   August 2005 with Luis Perez, is that correct?
16       A.   Mm-hmm.
17       Q.   What was the nature of the
18   partnership?
19       A.   That it was -- I don't quite
20   understand your question.
21       Q.   What is the purpose of the
22   partnership?
23       A.   What's -- I mean, what's the
24   purpose of a partnership?  To run things
25   together.
```

**Page 12**

```
 1         Danny Parks - February 6, 2008
 2       Q.   I think you already described that
 3   the partnership owned the event after that point
 4   in time.
 5       A.   Correct.
 6       Q.   Prior to that time, meaning August
 7   2005, did Danny Parks have any ownership
 8   interest in the event?
 9       A.   No.
10       Q.   But as a result of this
11   partnership, did you individually take with Luis
12   Perez an ownership interest in the event?
13       A.   Baby Bean Productions, yes, I did.
14   And me meaning Baby Bean Productions?
15       Q.   Well, we're talking about August
16   2005, right?
17       A.   Right.
18       Q.   Didn't you already tell us that
19   Baby Bean was created in January of '06?
20       A.   Correct.  So -- well, we started
21   discussing it in August of '05.  And I told him
22   that we were going to -- the reason that I
23   started it was when I was going to start my
24   company.  And I knew it wasn't started then.  It
25   was going to be for next year in 2006.  So --
```

**Page 13**

```
 1         Danny Parks - February 6, 2008
 2   repeat your question because I'm not quite
 3   following you.
 4       Q.   I'll ask another question.  When
 5   the partnership -- you already told us that the
 6   partnership was formed in August of 2005,
 7   correct?
 8       A.   That's when we started discussing
 9   it.
10       Q.   That's when you started discussing
11   it.  So when was the partnership actually
12   formed?
13       A.   I mean, I guess -- can you form --
14   I'm just not quite sure if you can form a
15   partnership -- yes, August 2005.  August 2005.
16       Q.   So in August 2005 Baby Bean did not
17   legally exist, correct?
18       A.   Correct.
19       Q.   So who were the original partners
20   in the partnership?
21       A.   I guess myself and Luis.
22       Q.   So you individually and Luis.
23            MR. SONNABEND:  I object.  He just
24   answered that, Adam.
25       A.   Yes.
```

ROSENBERG & ASSOCIATES, INC.    (212) 868-1936
www.rosenbergandassociates.com

Page 14

Danny Parks - February 6, 2008

Q. Now, at some point in time did Baby Bean Productions become a partner in this partnership?
A. Well, the whole intent -- I guess technically, yes. But the whole intent was when we formed the partnership that is when I told him I was going to start my company. And so even though, yeah, I wasn't legally Baby Bean -- I mean --
Q. I think what we've already established is when the partnership was formed, august 2005, the original partners were yourself and Luis Perez, is that correct?
A. If you want to look at it that way.
Q. At some point in time thereafter, Baby Bean Productions was formed.
A. Correct.
Q. And did Baby Bean Productions become a partner in this partnership at some point in time?
MR. SONNABEND: I object. He already answered that to the best of his ability I believe.
A. To me it's semantics. It's -- Baby

Page 15

Danny Parks - February 6, 2008

Bean Productions is me. Whether it's legal or not, I am Baby Bean Productions.
Q. And did you individually transfer your partnership interest in this partnership to Baby Bean Productions at any point in time?
A. I don't know how to answer that. Like I said, Baby Bean Productions is me. There was no transferring or needing to transfer or anything like that.
Q. So there's no difference between you and Baby Bean Productions.
MR. SONNABEND: I object to that question.
You don't have to answer if you don't have an answer to that.
A. I don't have an answer to that. It's semantics to me.
Q. Semantics.
A. I mean, legally, I guess there is, but if you ask me or Luis.
Q. Was Luis a New York City Parks Department employee at any time?
A. Yes, he was.
Q. At what point in time?

Page 16

Danny Parks - February 6, 2008

A. I believe from 1993 I believe until either 2000 or 2001.
Q. What was his job at New York City Parks Department?
A. A recreation specialist I believe.
Q. Did he work at Mullally?
A. Yes, he did.
Q. When he first created the event, was he a New York City employee?
A. I don't know. You'll have to ask him that question because he was a seasonal employee. So I don't know when he created it in his mind. When the event was first thrown? Is that what you're referring to?
Q. In 1995 when the event was first created, was he working as a New York City Parks employee?
A. I believe in June of 1995 when the event happened, I believe he was a New York City Parks employee.
Q. You say he was a seasonal employees. Which seasons did he work in, do you know?
A. Summer season.

Page 17

Danny Parks - February 6, 2008

Q. And I think you said he remained an employee of the New York City Parks Department in 2000-2001?
A. Somewhere around there, yes.
Q. At some point in time did you enter into at written agreement regarding this partnership?
A. With Luis Perez?
Q. Yes.
A. Yes.
Q. When was that?
A. April of '07 or '06. April of '07 -- no. April. I can't remember the year.
Q. April, you don't remember the year.
A. No.
Q. Either '06 or '07?
A. Yes.
Q. And why did you enter into this written partnership agreement at that point in time?
A. It needed to be on paper.
Q. But at that point the partnership had been operating for a year or two, depending on when you formed it, with no piece of paper,

26

```
 1        Danny Parks - February 6, 2008
 2   something is owned -- in this context, what does
 3   that mean that you jointly own it?  Does that
 4   mean that either of you can conduct an event
 5   called KoNY on your own without the other?
 6       A.   No.
 7       Q.   So what does it mean?
 8       A.   It means we own a singular event
 9   called King of New York.
10       Q.   So that means that if either of you
11   want to conduct the KoNY event, you need to have
12   involvement from both of you?
13       A.   Out of respect we would.  But we
14   confer with one another and give each other the
15   right to do with it what we want.  I don't think
16   that instance would ever happen.
17       Q.   Now, prior to entering into this
18   event partnership agreement, I believe you
19   testified that Baby Bean didn't have any
20   ownership rights in the KoNY event, is that
21   correct?
22           MR. SONNABEND:  Can I have the
23   question again?
24           (The pending question was read.)
25       A.   Correct.
```

27

```
 1        Danny Parks - February 6, 2008
 2       Q.   Who's responsible for event
 3   management of the KoNY event?
 4       A.   The majority of it is myself.
 5       Q.   But this document says that the
 6   partnership shall have equal rights in the
 7   management of the partnership business.  What
 8   does that mean?
 9       A.   It means just what's written there.
10   We'll have equal rights in its management, but
11   that doesn't mean -- the way I wrote it up is it
12   doesn't mean that we have to exert those legal
13   rights all the time.
14       Q.   So each partner has equal rights in
15   planning, but in practice you take the labor, is
16   that fair to say?
17       A.   I would say yes.
18       Q.   Now, this document says in the
19   second paragraph, second sentence, it says, "The
20   partnership shall begin on August 2005, which
21   will include all rights beginning with the
22   creation of the event in 1995, and shall
23   continue until terminated as herein provided."
24           Do you see where it says that?
25       A.   Mm-hmm, I have do.
```

28

```
 1        Danny Parks - February 6, 2008
 2       Q.   What do you mean by "include all
 3   rights beginning with the creation of the event
 4   in '95"?
 5       A.   It means I pretty much worded it I
 6   think to show that it's not a different event
 7   starting in August 2005.  That it's all the same
 8   event, same King of New York.  And so anything
 9   that started with the King of New York in 1995
10   is sort of going to continue.
11       Q.   And so is it your understanding
12   that Luis is -- prior to entering into this
13   agreement, Luis Perez had those rights dating
14   back to 1995?
15       A.   Yes.
16       Q.   And why do you believe that?
17       A.   Because he started the event.
18       Q.   Where does Luis Perez live now?
19       A.   Pennsylvania.
20       Q.   Near you in Boalsburg?
21       A.   No.
22       Q.   Who's Robert Ramos?
23       A.   He is the current skate park
24   manager at Mullally Skate Park.
25       Q.   He's currently a New York City
```

29

```
 1        Danny Parks - February 6, 2008
 2   Parks employee?
 3       A.   Yes.
 4       Q.   Is he a friend of yours?
 5       A.   Yes, he is.
 6       Q.   Do you know him from about the same
 7   time you know Luis Perez?
 8       A.   A little bit less time, but a long
 9   time.
10       Q.   Is there any other agreement in
11   place between you and Perez relating to KoNY?
12       A.   Written agreement?  No.  Written
13   agreement, this is it.
14       Q.   This is the only written agreement
15   you have between you and Luis Perez relating to
16   KoNY.
17       A.   Yes, I believe so.
18       Q.   Is there any other verbal agreement
19   that you have with him?
20       A.   No.  I mean, the verbal agreement
21   was -- no.  The verbal agreement was based on --
22   this is based on the verbal agreement.
23       Q.   So this document essentially
24   memorializes all understandings you have with
25   Perez relating to KoNY?
```

**38**

Danny Parks - February 6, 2008

champion.
Q. There were medals?
A. No, there were crystal type of plaques sort of, standing plaques. I forget what you call them. But the awards.
Q. Those pros who compete, they're professional BMX riders?
A. Yes.
Q. They do this for a living typically?
A. Typically. Part of their living.
Q. They may have day jobs or something else?
A. Yes.
Q. Who you about the amateurs, what type of people are they?
A. Just mostly kids that are not doing it for a living, just for the fun of it. Everyone's doing it for the fun of it, but more hobbyists I guess.
Q. Are there beginners who compete?
A. We have beginner and expert class.
Q. Obviously the professionals are quite good at what they do.

**39**

Danny Parks - February 6, 2008

A. Mm-hmm.
Q. And the experts are quite good at what they do.
A. Yes, they are.
Q. They probably spend a lot of time riding BMX to get as good as they are.
A. Yes.
    MR. SONNABEND: I object to the question.
Q. How many beginners do you have year to year, approximately?
A. I'll give you last year's figures was -- 2007 we had I believe 80 or 90 total amateurs. Beginners were probably 40 I think.
Q. What types of events do you have?
A. Primarily it's a park event. Skate park event. That's it.
Q. Explain to me. I'm not a BMX expert. Do you do jumps or tricks, or what kind of things?
A. Yes, jumps. There's a box jump so you can jump that and do tricks on that. There are different types of obstacles. Street spine as it's called, quarter pipes, pyramid jumps.

**40**

Danny Parks - February 6, 2008

Or pyramid ramps. Ledges, grind rails.
Q. These are all different types of moves and tricks that people do?
A. No, those are all different types of obstacles. And bike riders would do tricks and stunts on these -- or over these obstacles.
Q. Who works at the event?
A. The King of New York staff or the event staff?
Q. Who are the event staff?
A. Myself, Luis, we have an announcer, MC. We have a timekeeper, we have people staffing the outside of the rink. Through the co-sponsorship with the Parks Department, we had PEP workers, which are Parks Enforcement Patrol, as our security. Parks Department volunteers help out. And then just volunteers, people -- just friends of mine that will help out. Photographers, videographers, judges.
Q. Is there a videotape taken every year of the event?
A. Numerous.
Q. And has that been true every year since the event's been conducted?

**41**

Danny Parks - February 6, 2008

A. Yes.
Q. Do you have copies of all the videotapes of the event?
A. I don't personally, but I think between the two of us, myself and Lou Perez, we do. Or it's accessible.
    MR. COHEN: I call for production of all the videotapes of the events, to the extent they haven't been produced.
    MR. SONNABEND: Okay.
Q. I'd like to show you a document.
    In connection with the event, do you periodically send out proposals to potential sponsors?
A. Yes.
Q. You do quite a bit of that, don't you?
A. Yes.
    MR. COHEN: Let's mark this as Defendant's 2.
    (Defendant's Exhibit 2 for identification, October 12, 2006 E-mail and Attached Sponsorship Proposal.)
Q. Do you recognize this document?

**118**

Danny Parks - February 6, 2008

with Luis Perez?

A. There hasn't been any revenues to share.

Q. Has he ever paid for any of the expenses?

A. No.

Q. What involvement has Luis had in the King of New York event since 2006?

A. We run ideas off one another, he's judged 2007, he is the -- he's sort of my right hand man, so to speak, in the event itself on-site. And yes, I discuss everything with him with regards to the event. Who's looking to sponsor, who sponsored us, who almost sponsored us, who do you think we should call, that type of thing.

Q. Does he review sponsorship proposal e-mails that you send out before you send them out?

A. No. And he doesn't review them all. The e-mails that I send are pretty generic to start off with. And I try and give him an idea of how they're going to be worded beforehand.

**119**

Danny Parks - February 6, 2008

He has also looked at the proposals before they've gone out, especially in 2006, he was heavily involved in that stuff.

Q. Does he review or approve the King of New York press releases?

A. No.

Q. Does he review and approve the fliers, King of New York fliers?

A. Yes.

Q. Does he --

A. And we're talking about '06 and '07, correct?

Q. Yes.

A. Okay.

Q. Now, earlier in the deposition you said that you believe you've been damaged by DC in that you weren't able to sign Mazda as a sponsor.

A. Yes.

Q. Any other ways in which you feel you've been economically damaged by what DC has done or has not done?

A. Well, Red Bull gave us a verbal confirmation in '06 about sponsoring the 2007

**120**

Danny Parks - February 6, 2008

event. And six weeks before, they pulled out. I believe that had something to do with our discussions in the beginning about their involvement with the DC King of New York.

Q. Why do you believe that?

A. I mean, just because of their attitude about it. And them being a big company and DC being a big company, I don't know if I know how to explain it correctly, but I just feel like that if companies hear about litigation, that they're not going to get involved, they're not going to want to be involved. And I think they had hopes that this thing would have gone away and they realized that it wasn't and pulled out of our event.

Q. I just noticed that you seem to be wearing a King of New York t-shirt. I didn't notice that before.

A. Good luck stuff. I have my good luck stuff on today.

Q. So that is a King of New York t-shirt that you're wearing?

A. That is 2007.

Q. Did anyone ever tell you that

**121**

Danny Parks - February 6, 2008

that's why Red Bull pulled out in 2007?

A. No.

Q. You said they had made a verbal commitment to you before that.

A. Yes, they pretty much told us -- well, verbal and through e-mails.

Q. Do you have e-mails showing --

A. You guys should have that. With an offer of a certain amount. I think it was -- originally it was $1,500 and then they upped it to $2,000.

Q. Other than what you've testified, do you have any other basis for believing that's why Red Bull pulled out?

A. No. Red Bull, no.

Q. Any other ways in which you feel you've been economically damaged by DC?

A. Yeah. I mean, there's King of New York -- DC King of New York stuff all over the internet. And I think Baby Bean calling up a potential sponsor and trying to solicit from them, I mean, I had this the other day. I talked to Zumiez and Zumiez thought we were the DC event. And I said no, we're not DC King of